B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Protective Products of America, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-3479709** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1649 NW 136th Avenue**<br>**Sunrise, FL**<br>ZIP Code **33323** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Protective Products of America, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **See attached Schedule 1** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ■ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

- ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

- ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
- ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
- ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) — Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | Protective Products of America, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _/s/ Jordi Guso/_____
Signature of Attorney for Debtor(s)

**Jordi Guso 863580**
Printed Name of Attorney for Debtor(s)

**Berger Singerman, P.A.**
Firm Name

**200 South Biscayne Blvd.**
**Suite 1000**
**Miami, FL 33131**
Address

Email: jguso@bergersingerman.com
**(305) 755-9500  Fax: (305) 714-4340**
Telephone Number

**January 12, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Neil E. Schwartzman/_____
Signature of Authorized Individual

**Neil E. Schwartzman**
Printed Name of Authorized Individual

**Chief Operating Officer**
Title of Authorized Individual

**January 12, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of Florida

In re  **Protective Products of America, Inc.**
Debtor

Case No. _____

Chapter _____ **11** _____

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __**000-53580**__.

2. The following financial data is the latest available information and refers to debtor's condition on __**January 11, 2010**__.

   a. Total assets                                    $ _____ 0.00

   b. Total debts (including debts listed in 2.c., below)   $ _____ 0.00

   c. Debt securities held by more than 500 holders.

   Approximate number of holders

   | | | | | |
   |---|---|---|---|---|
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |

   d. Number of shares of preferred stock        0        0

   e. Number of shares of common stock    13,762,500    1,000

   Comments, if any:

3. Brief description of debtor's business:
   **PPA is a publicly traded company on the Toronto Stock Exchange, and together with its subsidiaries, is engaged in the design, manufacture and marketing of advanced products used to provide ballistic protection.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Nicusa Investment Advisors**
   **Fiera Capital, Inc.**
   **Fairholme Capital Management**
   **Edco Financial Holdings, Ltd.**
   **Hon. Dennis DeConcini**

## Schedule 1
## List of Filing Entities

|    | Entity Name | Type | Tax Identification Number |
|----|---|---|---|
| 1. | Protective Products of America, Inc. | Corporation | 26-3479709 |
| 2. | Protective Products International Corp. | Corporation | 59-3187373 |
| 3. | Ceramic Protection Corporation of America | Corporation | 51-0367305 |
| 4. | CPC Holding Corporation of America | Corporation | 20-4928086 |
| 5. | Protective Products of North Carolina, LLC | Limited liability company | 26-1720927 |

2536016-1

## WRITTEN CONSENT OF DIRECTORS OF PROTECTIVE PRODUCTS OF AMERICA, INC

The undersigned, being all of the Directors of Protective Products of America, Inc., a Delaware corporation (the "Company"), hereby adopts the following resolutions by this written consent in lieu of a meeting:

WHEREAS, the Directors of the Company have determined that it is in the best interest of the Company to authorize and empower management of the Company to file a Chapter 11 bankruptcy case on behalf of each of the (i) Company and (ii) CPC Holding Corporation of America, Protective Products International Corp., Ceramic Protection Corporation of America, and Protective Products of North Carolina, LLC (collectively the "Subsidiaries");

1. **Chapter 11 Case.**

NOW THEREFORE, BE IT RESOLVED that the Directors of the Company, for and on behalf of the Company, and each of the Subsidiaries approves and ratifies the decision of management of the Company promptly to file voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Case") in the United States Bankruptcy Court for the Southern District of Florida (the "Court") on behalf of the Company and each of the Subsidiaries, if such action is deemed necessary by management, and to execute and deliver any and all documents required by, or necessary or appropriate with respect to, the filing and administration of the Chapter 11 Case (collectively, the "Chapter 11 Documents"); and it is further

RESOLVED, that the Directors of the Company, for and on behalf of the Company, and the Subsidiaries approve and ratify the employment by the Company and the Subsidiaries of the law firm of Berger Singerman, P.A. as bankruptcy counsel for the Company and the Subsidiaries; and it is further

RESOLVED, that the Directors of the Company, for and on behalf of the Company and the Subsidiaries, approve and ratify the employment by the Company and the Subsidiaries of Bayshore Partners, LLC as investment banker for the Company and the Subsidiaries; and it is further

2496151-3



2.  **General Authorization and Ratification.**

RESOLVED, that each of the Chief Executive Officer, Chief Financial Officer, Chief Operating Officer and any Senior Vice President of the Company (each a "Proper Officer"), are directed to prepare and execute, and, if required, the Secretary or any Assistant Secretary is directed to attest to, (i) all Chapter 11 Documents, (ii) all documents, certificates and instruments required by, referenced or described in, or related to the Chapter 11 Case, and (iii) letters of engagement with Berger Singerman, P.A.; and it is further

RESOLVED, that the Proper Officers of the Company, any one of whom may act without the joinder of any of the others, are hereby authorized to, and to cause any other Proper Officer of the Company to, execute and deliver the Chapter 11 Documents in the names and on behalf of the Company, or otherwise to take all actions (including, without limitation, (i) negotiation, execution, delivery, and filing of any agreements, certificates, or other instruments or documents, (ii) the payment of any consideration, and (iii) the payment of expenses and taxes) as such Proper Officer may deem necessary, appropriate, or advisable (such acts to be conclusive evidence that such Proper Officer deemed the same to be necessary, appropriate, or advisable) in order to commence and administer the Chapter 11 Case, and all acts of any Proper Officer taken pursuant to the authority granted herein, or having occurred prior to the date hereof in order to effect such transactions, are hereby approved, adopted, ratified, and confirmed in all respects; and it is further

RESOLVED, that the Proper Officers of the Company and bankruptcy counsel for the Company are hereby authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the names and on behalf of the Company under their corporate seals or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions.

January 12, 2010

DIRECTORS: _____
Brian L. Stafford, Chairman

_____
(Ret.) General Henry H. Shelton, Vice Chairman

_____
R. Patrick Caldwell

_____
Keith Engel

_____
Frank Jaumot

_____
Charles Peters

_____
Larry Moeller

_____
Richard Torykian

2496151-3

3

RESOLVED, that the Proper Officers of the Company and bankruptcy counsel for the Company are hereby authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the names and on behalf of the Company under their corporate seals or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions.

January ___, 2010                    DIRECTORS:

_____
Brian L. Stafford, Chairman

_____
(Ret.) General Henry H. Shelton, Vice Chairman

_____
R. Patrick Caldwell

_____
Keith Engel

_____
Frank Jaumot

_____
Charles Peters

_____
Larry Moeller

_____
Richard Torykian

2496151-3                             3

    RESOLVED, that the Proper Officers of the Company and bankruptcy counsel for the Company are hereby authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the names and on behalf of the Company under their corporate seals or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions.

January 7th, 2010

DIRECTORS:

_____
Brian L. Stafford, Chairman

_____
(Ret.) General Henry H. Shelton, Vice Chairman

_____
R. Patrick Caldwell

_____
Keith Engel

_____
Frank Jaumot

_____
Charles Peters

_____
Larry Moeller

_____
Richard Torykian

2496151-3

3

RESOLVED, that the Proper Officers of the Company and bankruptcy counsel for the Company are hereby authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the names and on behalf of the Company under their corporate seals or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions.

January 12, 2010          DIRECTORS:

_____
Brian L. Stafford, Chairman

_____
(Ret.) General Henry H. Shelton, Vice Chairman

_____
R. Patrick Caldwell

_____
Keith Engel

_____
Frank Jaumot

_____
Charles Peters

_____
Larry Moeller

_____
Richard Torykian

2496151-3                                3

RESOLVED, that the Proper Officers of the Company and bankruptcy counsel for the Company are hereby authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the names and on behalf of the Company under their corporate seals or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions.

January __7__, 2010        DIRECTORS:

_____
Brian L. Stafford, Chairman

_____
(Ret.) General Henry H. Shelton, Vice Chairman

_____
R. Patrick Caldwell

_____
Keith Engel

_____
Frank Jaumot

_____
Charles Peters

_____
Larry Moeller

_____
Richard Torykian

2496151-3                   3

RESOLVED, that the Proper Officers of the Company and bankruptcy counsel for the Company are hereby authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the names and on behalf of the Company under their corporate seals or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions.

January 11, 2010                DIRECTORS:

_____
Brian L. Stafford, Chairman

_____
(Ret.) General Henry H. Shelton, Vice Chairman

_____
R. Patrick Caldwell

_____
Keith Engel

_____
Frank Jaumot

_____
Charles Peters

_____
Larry Moeller

_____
Richard Torykian

2496151-3                              3

RESOLVED, that the Proper Officers of the Company and bankruptcy counsel for the Company are hereby authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the names and on behalf of the Company under their corporate seals or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions.

January 12, 2010                    DIRECTORS:

_____
Brian L. Stafford, Chairman

_____
(Ret.) General Henry H. Shelton, Vice Chairman

_____
R. Patrick Caldwell

_____
Keith Engel

_____
Frank Jaumot

_____
Charles Peters

I abstain.   _[signature]_
_____
Larry Moeller

_____
Richard Torykian

2496151-3                                      3

RESOLVED, that the Proper Officers of the Company and bankruptcy counsel for the Company are hereby authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the names and on behalf of the Company under their corporate seals or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions.

January 8, 2010            DIRECTORS:

_____
Brian L. Stafford, Chairman

_____
(Ret.) General Henry H. Shelton, Vice Chairman

_____
R. Patrick Caldwell

_____
Keith Engel

_____
Frank Jaumot

_____
Charles Peters

_____
Larry Moeller

_____/s/ Richard Torykian_____
Richard Torykian

## United States Bankruptcy Court
### Southern District of Florida

In re   **Protective Products of America, Inc.**                                    Case No.
                                              Debtor(s)                             Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 12, 2010**                          _/s/ Neil E. Schwartzman_
                                                      Neil E. Schwartzman/Chief Operating Officer
                                                      Signer/Title

Brian L. Stafford


Canadian Imperial Bank of Commerce
BEC Place
161 Bay Street
8th Floor
Toronto, Ontario


CT Corporation
1200 S. Pine Island Rd
Team 1
Plantation, FL 33324


Deon Vaughan
1197 S Nangosa Trail
Suttons Bay, MI 49682


Edco Financial Holdings, Ltd.
255 S Avenue
Suite 3220
Calgary, ALB T2P 3G6
Canada


Fairholme Capital Management
4400 Biscayne Blvd.
9th Floor
Miami, FL 33137


Fiera Capital, Inc.
1501 McGill College Avenue
Suite 900
Montreal, Quebec H3A 3M8


General Henry H. Shelton


Global Tax  Management
Radnor Financial Center
150 N.Radnor-Chester Road
Suite C-200
Radnor, PA 19087

```
Gowlings Lafleur Henderson LLP
700 2nd Street SW
Suite 1400
Calgary,
Alberta, CA T2P4V5


Hon. Dennis DeConcini


Jason Williams
5800 Camino Del Sol
Unit 207
Boca Raton, FL 33433


Keith Engel


Larry Moeller


N/S Sawgrass Office Associates
c/o Stiles Property Management
300 SE 2nd Street, 8th Floor
Fort Lauderdale, FL 33301


N/S Sawgrass Office Associates, LLC
c/o Stiles Property Management
300 SE 2nd Street
8th Floor
Fort Lauderdale, FL 33301


Neil E. Schwartzman
5757 NW 50th Street
Coral Springs, FL 33067


Nicusa Investment Advisors
17 State Street, 16th Floor
New York, NY 10004


Pencader V. Limited Partnership
c/o Emory Hill Real Estate
10 Corporate Circle
New Castle, DE 19720
```

Pencader X, Limited Partnership
c/o Emory Hill Real Estate
10 Corporate Circle
New Castle, DE 19720


PricewaterhouseCoopers LLP
111 5 Avenue SW, Suite 3100
ALBERTA, AB AB T2P 5L3


PriceWaterhouseCoopers LLP-US
P.O. Box 932011
Atlanta, GA 31193-2011


R. Patrick Caldwell
191 SE 20th Avenue
Deerfield Beach, FL 33441


Richard P. Torykian, Sr.


Sidley Austin LLP
c/o Lisa Reategui
One South Dearborn
Chicago, IL 60603


Skadden,Arps,Slate,Meagher
& Flom LLP
1440 New York Avenue N.W.
Washington, DC 20005-2111


Stephen Giordanella
6250 NW 96th Terrace
Parkland, FL 33076


Telus
P.O. Box 7575
Vancouver, BC V6B 8N9


The Corporation Trust Company
Corporation Trust Center
1209 Orange Steet
Wilmington, DE 19801

```
Valiant Trust Company
606  4th Street SW
Suite 310
Calgary, Alberta T2P 1T1
```