B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Protective Products of America, Inc.**    Case No. _____

Debtor(s)    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| N/S Sawgrass Office Associates c/o Stiles Property Management 300 SE 2nd Street, 8th Floor Fort Lauderdale, FL 33301 | N/S Sawgrass Office Associates c/o Stiles Property Management 300 SE 2nd Street, 8th Floor Fort Lauderdale, FL 33301 | | | 755,096.60 |
| PriceWaterhouseCoopers LLP-US P.O. Box 932011 Atlanta, GA 31193-2011 | PriceWaterhouseCoopers LLP-US P.O. Box 932011 Atlanta, GA 31193-2011 | | | 324,684.00 |
| Sidley Austin LLP c/o Lisa Reategui One South Dearborn Chicago, IL 60603 | Sidley Austin LLP c/o Lisa Reategui One South Dearborn Chicago, IL 60603 | | | 203,735.98 |
| PricewaterhouseCoopers LLP 111 5 Avenue SW, Suite 3100 ALBERTA, AB AB T2P 5L3 | PricewaterhouseCoopers LLP 111 5 Avenue SW, Suite 3100 ALBERTA, AB AB T2P 5L3 | | | 180,690.32 |
| Gowlings Lafleur Henderson LLP 700 2nd Street SW Suite 1400 Calgary, Alberta, CA T2P4V5 | Gowlings Lafleur Henderson LLP 700 2nd Street SW Suite 1400 Alberta, CA T2P4V5 | | | 12,492.42 |
| Valiant Trust Company 606 4th Street SW Suite 310 Calgary, Alberta T2P 1T1 | Valiant Trust Company 606 4th Street SW Suite 310 Calgary, Alberta T2P 1T1 | | | 6,400.50 |
| The Corporation Trust Company Corporation Trust Center 1209 Orange Steet Wilmington, DE 19801 | The Corporation Trust Company Corporation Trust Center 1209 Orange Steet Wilmington, DE 19801 | | | 4,571.84 |
| Global Tax Management Radnor Financial Center 150 N.Radnor-Chester Road Suite C-200 Radnor, PA 19087 | Global Tax Management Radnor Financial Center 150 N.Radnor-Chester Road Radnor, PA 19087 | | | 660.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Protective Products of America, Inc.  
　　　　　　　　　Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Skadden,Arps,Slate,Meagher & Flom LLP 1440 New York Avenue N.W. Washington, DC 20005-2111 | Skadden,Arps,Slate,Meagher & Flom LLP 1440 New York Avenue N.W. Washington, DC 20005-2111 | | | 192.00 |
| CT Corporation 1200 S. Pine Island Rd Team 1 Plantation, FL 33324 | CT Corporation 1200 S. Pine Island Rd Team 1 Plantation, FL 33324 | | | 133.44 |
| Telus P.O. Box 7575 Vancouver, BC V6B 8N9 | Telus P.O. Box 7575 Vancouver, BC V6B 8N9 | | | 11.09 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Operating Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 12, 2010**　　　　　　　　Signature  *[signed]* Neil E. Schwartzman  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Operating Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.