

**ORDERED in the Southern District of Florida on January 14, 2010.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | |
| | Chapter 11 Cases |
| PROTECTIVE PRODUCTS OF AMERICA INC., | Case No. 10-10711-JKO |
| CPC HOLDING CORPORATION OF AMERICA, | Case No. 10-10713 |
| CERAMIC PROTECTION CORPORATION OF AMERICA, | Case No. 10-10714 |
| PROTECTIVE PRODUCTS INTERNATIONAL CORP., | Case No. 10-10715 |
| PROTECTIVE PRODUCTS OF NORTH CAROLINA, LLC, | Case No. 10-10716 |
| Debtors. | |
| _____/ | |

### ORDER GRANTING DEBTORS' *EX-PARTE*
### MOTION FOR JOINT ADMINISTRATION

**THIS MATTER** came before the Court upon the *Debtors' Ex-Parte Motion for Joint Administration* [D.E. # 5] (the "Motion") filed by the above-captioned debtors (collectively, the

"Debtors").[1]  The Motion requests entry of an order authorizing the joint administration of the bankruptcy cases of the Debtors.  The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) pursuant to Local Rules 1015-1(B)(2) and 9013-1(C)(14), the Court is authorized to grant the Motion without a hearing; (v) upon the record herein after good and sufficient cause existing for the granting of the relief as set forth herein; it is

> **ORDERED** that:

> 1.      The Motion is GRANTED.

> 2.      The above-captioned bankruptcy cases are jointly administered for procedural

purposes only under Case No. 10-10711-JKO.

> 3.      The style of these jointly administered cases shall be in the style set forth below:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

PROTECTIVE PRODUCTS OF                              Case No. 10-10711-JKO
AMERICA, INC., *et al.*,                                     Chapter 11 Cases
                                                                        (Jointly Administered)

            Debtors.
_____/

---

[1] The name and last four digits of the taxpayer identification number for each of the Debtors follows in parenthesis: (i) Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) Ceramic Protection Corporation of America (7305); (iv) Protective Products International Corp. (7373); and (v) Protective Products of North Carolina, LLC (0927).  The address for the Debtors is 1649 NW 136th Avenue, Sunrise, FL 33323.

4.      Hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

5.      One consolidated docket and one consolidated service list shall be maintained by the Debtors and kept by the Clerk, with separate claims registers for each of the Debtors' cases.

6.      Parties may request joint hearings on matters pending in any of the jointly administered cases.

7.      A docket entry shall be made in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing joint administration of (i) Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) Ceramic Protection Corporation of America (7305); (iv) Protective Products International Corp. (7373); and (v) Protective Products of North Carolina, LLC (0927).  The docket in Case No. 10-10711-JKO should be consulted for all matters affecting these cases.

8.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
Tel. (305) 755-9500
Fax (305) 714-4340
jguso@bergersingerman.com

Copies to:
Jordi Guso, Esq.
*(Attorney Guso shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)*

2511241-1