UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Protective Products of America, Inc., *et al*.1 | Case No. 10-10711-JKO (Jointly Administered) |
| Debtors. _____/ | |

APPLICATION FOR APPROVAL OF EMPLOYMENT
OF GLENN D. MOSES, ESQ. AND THE LAW FIRM OF GENOVESE,
JOBLOVE & BATTISTA, P.A., AS CO-COUNSEL FOR THE COMMITTEE
OF UNSECURED CREDITORS *NUNC PRO TUNC*

Pursuant to 11 U.S.C §§ 327 and 1103, Fed. R. Bankr. P. 2014 and Local Rule 2014-1, the Committee of Unsecured Creditors (the "Committee") of the jointly administered Debtors, Protective Products of America, Inc., CPC Holding Corporation of America, Ceramic Protection Corporation of America, Protective Products International Corp. and Protective Products of North Carolina, LLC (collectively, the "Debtors"), applies to this Court for approval of the employment of Glenn D. Moses, Esq. and the law firm of Genovese, Joblove & Battista, P.A. (collectively, the "Applicant") as proposed local counsel to the Committee *nunc pro tunc* to January 28, 2010, the date services were first rendered, and says:

1. On January 13, 2010 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the Southern District of Florida. Since that time, the Debtors have operated as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

---

1. The name and the last for digits of the taxpayer identification number for each of the Debtors follows in parenthesis: (i) Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) Ceramic Protection Corporation of America (7305); (iv) Protective Products International Corp. (7373); and (v) Protective Products of North Carolina, LLC (0927). The address for the Debtors is 1649 NW 136th Avenue, Sunrise, FL 33323.

10360-001/#2

2. The chapter 11 bankruptcy cases of the Debtors are being jointly administered pursuant to an Order of the Court. The Debtors' chapter 11 cases have not been substantively consolidated.

3. On January 27, 2010, the Office of the United States Trustee constituted the Committee.

4. The Committee desires to retain the Applicant as its local counsel to advise and represent the Committee in these bankruptcy cases, as more fully set forth herein.

5. The Applicant has substantial experience and expertise in chapter 11 cases in Florida, and throughout the United States, and is qualified to act as local counsel for the Committee in these Chapter 11 cases. The Applicant proposes to be local counsel to the Committee along with the law firm of Arent Fox, LLP ("Arent Fox") as lead bankruptcy counsel. The Committee submits that both the Applicant and Arent Fox are uniquely qualified to each serve as co-counsel to the Committee, due to their experience and expertise in complex chapter 11 bankruptcy cases and their familiarity with the facts and circumstances of these Chapter 11 cases. The Applicant and Arent Fox will effectively act as one firm in the representation of the Committee. Moreover, each firm will utilize their best efforts to ensure that there is no duplication of effort in these Chapter 11 cases and each firm understands that duplication of effort is and will be a factor considered by the Court in the context of the award or denial of compensation to the Applicant and Arent Fox.

6. To the best of the Committee's knowledge, the Applicant does not hold or represent any interest adverse to the Debtors or their estates.

7. To the best of the Committee's knowledge, the Applicant is "disinterested" as such term is defined in 11 U.S.C. § 101(14) and has no connection with the Debtors, their creditors or any other party in interest except as described in the *Affidavit of Glenn D. Moses on behalf of Genovese*

*Joblove & Battista, P.A. as Proposed Co-Counsel for the Committee Of Unsecured Creditors*, attached hereto as Exhibit "A".

8. The services of Applicant are necessary to enable the Committee to execute faithfully its duties. Subject to order of this Court, Applicant will be required to render, among others, the following services to the Committee:

    (a) advise the Committee with respect to its rights, powers, and duties in these Chapter 11 cases;

    (b) assist and advise the Committee in its consultations with the Debtors relative to the administration of these Chapter 11 cases;

    (c) assist the Committee in analyzing the claims of the Debtors' creditors and in negotiating with such creditors;

    (d) assist with the Committee's investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtor and of the operation of the Debtors' business;

    (e) assist the Committee in its analysis of, and negotiations with, the Debtors and/or any third party concerning matters related to, among other things, the use of cash collateral, debtor in possession financing, the liquidation of assets and the terms of a plan or plans of reorganization;

    (f) assist and advise the Committee with respect to its communications with the general creditor body regarding significant matters in these Chapter 11 cases;

    (g) represent the Committee at all hearings and other proceedings in these Chapter 11 cases;

    (h) review and analyze all applications, motions, orders, statements of operations, and schedules filed with the Court and advise the Committee as to their propriety;

    (i) assist the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives; and

    (j) perform such other legal services as may be required and are deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code.

9. It is respectfully submitted that the retention of the Applicant is necessary and in the

best interests of the Committee and the Debtors' estates. The Committee believes that the Applicant is qualified to represent its interests.

10.	The Committee proposes that compensation be awarded to the Applicant after the filing of interim and/or final application(s) and a hearing consistent with the requirements of 11U.S.C. §§ 327, 330 and 331, Bankruptcy Rules 2002, 2016 and Local Rules 2016-1.

WHEREFORE, the Committee respectfully requests that the Court enter an order approving the employment of the Applicant as counsel for the Committee in this case *nunc pro tunc* to January 28, 2010.

Dated: February 4, 2010

The Committee of Unsecured Creditors of Protective Products of America, Inc., CPC Holding Corporation of America, Ceramic Protection Corporation of America, Protective Products International Corp. and Protective Products of North Carolina, LLC.

By:_____
    Bowne & Co, Inc., Chairperson
    c/o Receivables Management Services
    Keli Bohuslav-Kail, General Counsel

and duties as set forth in the Bankruptcy Code.

9. It is respectfully submitted that the retention of the Applicant is necessary and in the best interests of the Committee and the Debtors' estates. The Committee believes that the Applicant is qualified to represent its interests.

10. The Committee proposes that compensation be awarded to the Applicant after the filing of interim and/or final application(s) and a hearing consistent with the requirements of 11 U.S.C. '' 327, 330 and 331, Bankruptcy Rules 2002, 2016 and Local Rules 2016-1.

WHEREFORE, the Committee respectfully requests that the Court enter an order approving the employment of the Applicant as counsel for the Committee in this case *nunc pro tunc* to January 28, 2010.

Dated: February 4, 2010

The Committee of Unsecured Creditors of Protective Products of America, Inc., CPC Holding Corporation of America, Ceramic Protection Corporation of America, Protective Products International Corp. and Protective Products of North Carolina, LLC.

By: *Kelli J. Bohuslav-Kail*
Bowne & Co, Inc., Chairperson
c/o Receivables Management Services
Kelli J. Bohuslav-Kail -Agent for Bowne & Co, Inc.

10360-001/#2                        4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all parties on the attached Master Service List, via First-Class U.S. Mail, facsimile and/or CM./ECF, this 4th day of February, 2010.

          /s/ Glenn D. Moses
          Glenn D. Moses, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

PROTECTIVE PRODUCTS OF AMERICA, INC., *et al.*,[1]

Debtors.
_____/

Case No. 10-10711-JKO
Chapter 11 Cases
(Jointly Administered)

## MASTER SERVICE LIST

### The Debtors

Protective Products of America, Inc.
1649 NW 136th Avenue
Sunrise, FL 33323

Protective Products International Corp.
1649 NW 136th Avenue
Sunrise, FL 33323

Protective Products of North Carolina, LLC
1649 NW 136th Avenue
Sunrise, FL 33323

CPC Holding Corporation of America
1649 NW 136th Avenue
Sunrise, FL 33323

Ceramic Protection Corporation of America
1649 NW 136th Avenue
Sunrise, FL 33323

### Debtors' Counsel

Jordi Guso, Esq.
Berger Singerman, P.A.
200 South Biscayne Blvd., Suite 1000
Maimi, FL 33131

Debi Evans Galler, Esq.
Berger Singerman, P.A.
200 South Biscayne Blvd., Suite 1000
Maimi, FL 33131

### U.S. Trustee

Office of the United States Trustee
51 Southwest First Avenue
Room 1204
Miami, FL 33130
Tel. 305 536-7285
Fax  305 536-7360
**(VIA CM/ECF)**

### Secured Creditors

Canadian Imperial Bank of Commerce
Attn: Jack McMurray
BEC Place
161 Bay Street, 8th Floor
Toronto, Ontario

GreatAmerica Leasing Corp.
P.O. Box 609
Cedar Rapids IA 52406-0000

US Bankcorp
P.O. Box 580337
Minneapolis MN 55458-0000

### Counsel for Secured Creditors

Blakes, Cassels & Graydon LLP
Attn: Milly Chow, Esq.
199 Bay Street
Suite 2800, Commerce Court West
Toronto, ON MSL 1A9 Canada

Larry I. Glick, Esq.
Brandon R. Levitt, Esq.
Shutts & Bowen, LLP

---

[1] The name and last four digits of the taxpayer identification number for each of the Debtors follows in parenthesis: (i) Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) Ceramic Protection Corporation of America (7305); (iv) Protective Products International Corp. (7373); and (v) Protective Products of North Carolina, LLC (0927).  The address for the Debtors is 1649 NW 136th Avenue, Sunrise, FL 33323.

10360-001#23                                  1

201 South Biscayne Blvd
1500 Miami Center
Miami, FL 33131
**(VIA CM/ECF)**

**20 Largest Unsecured Creditors (for each Debtor)**

Albricas, LLC
530 Sawgrass Corporate Parkway
Sunrise, FL 33325

Alice Hamby
1844 Dry Ponds Rd
Granite Falls, NC 28630

Allied Waste Services
P.O. Box 9001099
Louisville, KY 40290-1099

Artesian Water Co.
664 Churchmans Road
Newark, DE 19850-5151

B Walker Enterprises Inc.
P.O. Box 1802
Hickory, NC 28603

Blue Cross & Blue Shield
P.O. Box 7777
Philadelphia, PA 19175-0247

Bowne of Atlanta, Inc.
1201 West Peachtree Street
Suite 2700
Atlanta, GA 30309

Broward County Revenue Collect
815 N.E. 13th Street
Fort Lauderdale, FL 33304-2007

Burgee Fire Protection
1430 College Avenue SW
Lenoir, NC 28645

Carolina Base-Pac Corp.
3157 Freezer Locker Road
P.O. Box 783
Hudson, NC 28638

Carpreco, LLC
4181 US Highway 321-A
Sawmills, NC 28630

Ceradyne Diaphorm
P.O. Box 515059
Los Angeles, CA 90051-5059

Collier Equipment Company
P.O. Box 175/734 Co. Road 59
Anderson, AL 35610

CompBenefits
P.O. Box 769209
Roswell, GA 30076

Constellation New Energy
Bank of America Lockbox Service
Constellation NewEnergy, Inc.
14217 Collections Center Dr.
Chicago, IL 60693

Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101

Czarnowski Display Service Inc
6067 Eagle Way
Chicago, IL 60678-1060

Deer Park Direct
Div. of Nestle Waters NA, Inc.
P.O. Box 856192
Louisville, KY 40285-6192

Delmarva Power
P.O. Box 17000
Wilmington, DE 19886

Delta Com
ID 1058
P.O. Box 2252
Birmingham, AL 35246-1058

Dorothy Ward
2 Comolet Drive
Granite Falls, NC 28630

Duke Energy
P.O. Box 70516
Charlotte, NC 28272-0515

Environmental Resources Mgmt
350 Eagleview Blvd.
Suite 200
Exton, PA 19341

Executive Management
P.O. Box 785016
Philadelphia, PA 19178-5016

Gaia, LLC
908 King Street
Suite 300
Alexandria, VA 22314

Gary's Repair Service Inc.
4886 Ike Starnes Road
Granite Falls, NC  28630

GDS Hickory #685
P.O. Box 9001099
Louisville, KY  40290-1099

Global Armour SA (Pty) Ltd
P.O. Box 10605
Ashwood, KZ

H.P. White Laboratory
3114 Scarboro Road
Street, MD 21154-1822

Jay Bird Fuels LLC
4174 US Highway 321A
Granite Falls, NC  28630

JPS Composite Materials
2200 South Murry Ave.
Anderson, SC 29622

K&S Sprinkler Company
P.O. Box 1700
Lenoir, NC  28645

Keen Compressed Gas
P.O. Box 41601
Philadelphia, PA  19101-1601

Kelly Generator & Equipment
1955 Dale Lane
Owings, MD  20736

Lincoln Fabrics Ltd.
63 Lakeport Road
Judy Palmer
St. Catharines, ONT L2N 4P6

LTC
2626 West May
Wichita, KS 67213

Maricela Jimenez
465 10th Avenue Drive
Hickory, NC  28601

Mcubed Technologies, Inc.
1 Tralee Industrials Park
Newark, DE  19711

Old Dominion Freight Line
P.O. Box 198475
Atlanta, GA 30384-8475

Paiho Group
28411 Witherspoon Parkway
Valencia, CA 91355

Pencader V Limited
Partnership
c/o Emory Hill Real Estate
10 Corporate Circle
New Castle, DE 19720

Pencader X Limited
Partnership
c/o Emory Hill Real Estate
10 Corporate Circle
New Castle, DE 19720

Piedmont Paper Company Inc.
85 Thompson St.
P.O. Box 5413, Biltmore Stn.
Asheville, NC  28813

Polytek Development Corp.
55 Hilton Street
Easton, PA  18042

RDM Consulting
9315 Crosby Road
Silver Spring, MD 20910

Saint-Gobain Abrasives
P.O. Box 0070
Pittsburgh, PA  15264-0070

Salesforce.com Inc
Attn: David Cooper, Esq.
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Savannah Luggage Works
P.O. Box 447
Highway 297 North
Vidalia, GA 30475

Scheneider Trailer &
Container
104 Alan Drive
Harmony Business Park
Newark, DE  19711

Silverson Machines Inc.
P.O. Box 589
East Longmeadow, MA  01028

3

10360-001/#23

Southern Imaging
4012 Hickery Blvd.
Granite Falls, NC  28630

Tammy Lackey
402 Burke Street
Hickory, NC  28601

Teijin Aramid USA, Inc
801-F Blacklawn Road
Conyers, GA 30012

Terry Cannon
2192 Atlas Drive
Granite Falls, NC  28630

The American Ceramic Society
600 N Cleveland Ave
Suite 210
Westerville, OH  43082

Top Value Fabrics
P.O. Box 2050
Carmel, IN 46082-2050

Town of Sawmills
4076 US Highway 321-A
Sawmills, NC  28630

Warehouse Services
2901 E. Fourth Avenue
Columbus, OH  43219

Washington Mills North Grafton
P.O. Box 428
North Grafton, MA  01536

**Governmental Agencies/Taxing Authorities**

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL  33324

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl  33130

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC  20530-0001

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl  33132

Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Florida Department of Environmental Protection
Southeast District Office
400 North Congress Avenue, Suite 200
West Palm Beach, Florida 33401

BROWARD COUNTY - REVENUE COLLECTION DIVISION
Tax & License Section
115 S. Andrews Avenue Room A-100
Fort Lauderdale, Florida 33301

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100


County Taxes:
New Castle County Government Center
87 Reads Way
New Castle, DE 19720

4

10360-001/#23

State Department of Revenue
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Department of Natural Resources
and Environmental Control
Richardson & Robbins Building
89 Kings Hwy
Dover, DE 19901

Franchise Tax Board
P.O. Box 942840
Sacramento CA 94240-0040

Employment Development Department
PO Box 826880
Sacramento CA 94280-0001

State Board of Equalization
P.O. Box 942879
Sacramento CA 94279-0001

Office of Attorney General
Carvel State Office Bldg
820 N. French Street
Wilmington, DE 19801

Business Property, Commissioner of the Revenue
Mailing Address:  Post Office Box 644,
Fredericksburg VA 22404-0644
Overnight Address: 715 Princess Anne Street, Rm 102, Fredericksburg VA 22401

(Dept. of Environmental Quality)
DEQ Central Office
629 East Main Street
Richmond, Va. 23219
P.O. Box 1105
Richmond, VA 23218

Attorney General's Office
9001 Mail Service Center
Raleigh, NC 27699-9001

North Carolina Department of the Environment and Natural Resources
1601 Mail Service Center,
Raleigh, NC 27699-1601

Office of The Attorney General
Department of Law and Public Safety
Richard J. Hughes Justice Complex
25 Market St., CN 080
Trenton, NJ 08625

New Jersey Department of Environmental Protection
401 East State Street
Trenton, NJ 08625-0402

## Notice of Appearance

Bruce I. March, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Blvd.
Suite 2000
Fort Lauderdale, FL 33301

Steve Zuckerman
Farlie Turner & Co., LLC
401 E. Las Olas Blvd., Suite 1160
Fort Lauderdale, FL 33301

FOLEY & LARDNER LLP
Attn: Joanne Lee
321 N. Clark Street, Ste. 2800
Chicago, Illinois 60654

David W. Black, Esq.
Frank, Weinberg & Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
**(VIA CM/ECF)**

Hollie N. Hawn
Asst. County Attorney
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
**(VIA CM/ECF)**

Susan R. Sherrill-Beard
U.S. Securities and Exchange Commission
Atlanta Regional Office
Suite 1000, 3475 Lenox Road, N.E.
Atlanta, GA 30326-1232
Tel: 404-842-7626
Fax: 404-842-5755
Sherrill-beard@sec.gov

Sheila deLa Cruz, Esq.
Luder F. Milton, Esq.
Hirschler Fleischer, PC
P.O. Box 500
Richmond, VA 23218-0500
Tel: 804-771-9560
Fax: 804-644-0957
sdelacruz@hf-law.com
lmilton@hf-law.com

**Joint Committee**

Schuyler G. Carroll, Esq.
George P. Angelich, Esq.
1675 Broadway
New York, NY 10019
Tel: 212-484-3900
Fax: 212-484-3990
Carroll.schuyler@arentfox.com
Angelich.george@arentfox.com
   -and-
Glenn D. Moses, Esq.
Genovese Joblove & Battista, PA
100 Southeast 2nd Street, 44th Floor
Miami, FL 33131
Tel: 305-349-2300
Fax: 305-349-2310
gmoses@gjb-law.com
**(VIA CM/ECF)**

Todd Lair
President
Leading Technology Composites, Inc.
2626 W. May
Wichita, KS 67213
Tel: 316-944-0011
Fax: 316-944-0927
Tlair@ltc-ltc.com

Scott L. Spitzer
Sr. VP
General Counsel/ Steven Sass/Kelli Bohuslav-Kail
Bown & Co., Inc.
c/o Receivable Management Services
307 Hunt Valley, MD 21030
Tel: 410-773-4040
Fax: 410-773-4057
Stven.Sass@RMSNA.com
Kelli.Robuslav-Kail@RMSNA.com

Tim Fiess
Credit Manager
TVP, Inc. d/b/a Top Value Fabrics
P.O. Box 2050
Carmel, IN 46282
Tel: 317-844-7496 ext. 120
Fax: 317-814-1151
TimFiess@TVFINC.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                  Chapter 11

Protective Products of America, Inc., *et al*.1              Case No. 10-10711-JKO
                                                                          (Jointly Administered)

        Debtors.
_____/

**AFFIDAVIT OF GLENN D. MOSES, ESQ., ON BEHALF OF GENOVESE
JOBLOVE & BATTISTA, P.A., AS PROPOSED CO-COUNSEL FOR THE
<u>COMMITTEE OF UNSECURED CREDITORS</u>**

STATE OF FLORIDA              )
                                       ) ss:
COUNTY OF MIAMI-DADE    )

       GLENN D. MOSES, being duly sworn, deposes and say:

       1.      I am an attorney and shareholder in the law firm of Genovese Joblove & Battista, P.A. ("GJB").  GJB maintains offices for the practice of law at, 100 Southeast Second Street, Suite 4400, Miami, Florida 33131 and National City Center, 200 East Broward Boulevard, Suite 1110, Fort Lauderdale, Florida 33301.

       2.      I am familiar with the matters set forth herein and submit this Affidavit in support of the Application of the Joint Committee Of Unsecured Creditors (the "Committee") of the jointly administered Debtors, Protective Products of America, Inc., CPC Holding Corporation of America, Ceramic Protection Corporation of America, Protective Products International Corp. and Protective

---

1 The name and the last for digits of the taxpayer identification number for each of the Debtors follows in parenthesis: (i) Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) Ceramic Protection Corporation of America (7305); (iv) Protective Products International Corp. (7373); and (v) Protective Products of North Carolina, LLC (0927). The address for the Debtors is 1649 NW 136th Avenue, Sunrise, FL 33323.

10360-001/#16                                                    1

Products of North Carolina, LLC (collectively, the "Debtors") for Employment of GJB as Local Counsel for the Committee (the "Application").

    3.    In support of the Application, I disclose the following:

        a.    Unless otherwise stated, this Affidavit is based upon facts of which I have personal knowledge.

        b.    In preparing this Affidavit, I have reviewed the list of all creditors and equity security holders of the Debtors that have been made available to date. GJB maintains a computerized conflicts check system. GJB has compared the information obtained thereby with the information contained in its client and adverse party conflict check system. The facts stated in this Affidavit as to the relationship between GJB and the Debtors, the Debtors' creditors, the United States Trustee, other persons employed by the Office of the United States Trustee, and those persons and entities who are defined as disinterested persons in Section 101(14) of the Bankruptcy Code, are based on the results of my review of GJB's conflict check system. Based upon such search, GJB does not represent any entity in any matter involving or adverse to the Debtors or which would constitute a conflict of interest or impair the disinterestedness of GJB in respect of its representation of the Committee herein.

    4.    GJB's client and adverse party conflicts check system is comprised of records regularly maintained in the course of business by GJB, and it is the regular practice of GJB to make and maintain these records. The system reflects entries that are noted at the time the information becomes known by persons whose regular duties include recording and maintaining this information. I am one of the persons responsible for the supervision of the department of GJB which keeps this system up to date, and I regularly use and rely upon the information contained in the system in the performance of my duties with GJB and in my practice of law.

10360-001/#16        2

5. A search of GJB's conflicts check system and the responses from attorneys at GJB revealed that GJB neither holds nor represents any interest adverse to the Debtors and is a "disinterested person" within the scope and meaning of Section 101(14) of the Bankruptcy Code.

6. Neither I nor GJB has or will represent any other entity in connection with these cases, and neither I nor GJB will accept any fee from any other party or parties in these cases, unless otherwise authorized by the Court.

7. The professional fees and costs to be incurred by GJB in the course of its representation of the Committee in this case shall be subject in all respects to the application and notice requirement of 11 U.S.C. §§ 330 and 331 and Fed. R. Bank. P. 2014 and 2016.

8. The hourly rates for the attorneys at GJB range from $200 to $550 per hour. The hourly rates of Glenn D. Moses and Michael S. Schuster, the attorneys who will be principally working on these cases, are $450 and $250, respectively. The hourly rates for the associate attorneys who may work on this case range from $200 to $300. The hourly rates for the legal assistants at GJB range from $125 to $160. GJB reserves the right to increase its hourly rates in accordance with its normal and customary business practices.

9. There is no agreement of any nature as to the sharing of any compensation to be paid to GJB, except between the attorneys of GJB. No promises have been received by GJB, nor any member or associate thereof, as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

10. No attorney at GJB holds a direct or indirect equity interest in the Debtors, including stock or stock warrants, or has a right to acquire such an interest.

11. No attorney at GJB is or has served as an officer, director or employee of the Debtors within two years before the Petition Date.

12. No attorney at GJB is in control of the Debtors or is a relative of a director, officer or person in control of the Debtors.

13. No attorney at GJB is a general or limited partner of a partnership in which the Debtors is also a general or limited partner.

14. No attorney at GJB is or has served as an officer, director or employee of a financial advisor that has been engaged by the Debtors in connection with the offer, sale or issuance of a security of the Debtors, within two years before the Petition Date.

15. No attorney at GJB has represented a financial advisor of the Debtors in connection with the offer, sale or issuance of a security of the Debtors within three years before the Petition Date.

16. No attorney at GJB has any other interest, direct or indirect, that may be affected by the proposed representation.

17. Except as set forth herein, no attorney at GJB has had or presently has any connection with the above-captioned Debtors or the estates on any matters in which GJB is to be engaged, except that I, GJB and our attorneys: (i) may have appeared in the past and may appear in the future in other cases in which one or more of said parties may be involved; and (ii) may represent or may have represented certain of the Debtors' creditors in matters unrelated to these cases.

FURTHER, AFFIANT SAYETH NOT.

_____
Glenn D. Moses, Esq.


SWORN TO AND SUBSCRIBED before me this __4th__ day of February, 2010.


_____
NOTARY PUBLIC,
STATE OF FLORIDA AT LARGE

Print Name: Michelle K. Chang
Commission No. DD 840068
Commission Expires: 11/19/12

NOTARY PUBLIC-STATE OF FLORIDA
Michelle K. Chang
Commission #DD840068
Expires: NOV. 19, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

10360-001/#16                              5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Protective Products of America, Inc., *et al*.[1] | Case No. 10-10711-JKO (Jointly Administered) |
| Debtors._____/ | |

**ORDER GRANTING APPLICATION FOR APPROVAL OF EMPLOYMENT OF GLENN D. MOSES, ESQ. AND THE LAW FIRM OF GENOVESE, JOBLOVE & BATTISTA, P.A., AS PROPOSED CO-COUNSEL FOR THE COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO JANUARY 28, 2010**

THIS CAUSE came before this Court upon the application (the "Application") of the Committee of Unsecured Creditors (the "Committee") of the jointly administered Debtors, Protective Products of America, Inc., CPC Holding Corporation of America, Ceramic Protection Corporation of America, Protective Products International Corp. and Protective Products of

---

[1] The name and the last for digits of the taxpayer identification number for each of the Debtors follows in parenthesis: (i) Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) Ceramic Protection Corporation of America (7305); (iv) Protective Products International Corp. (7373); and (v) Protective Products of North Carolina, LLC (0927). The address for the Debtors is 1649 NW 136th Avenue, Sunrise, FL 33323.

10360-001/#3

```
                                    Exhibit "B"
```

North Carolina, LLC (collectively, the "Debtors"), for the entry of an Order, pursuant to 11 U.S.C. § 327(a), authorizing the Committee to employ and retain Glenn D. Moses, Esq. and the law firm of Genovese Joblove & Battista, P.A. ("GJB") as its bankruptcy attorneys, and upon the Affidavit of Glenn D. Moses (the "Moses Affidavit"), a shareholder in GJB; and it appearing to the Court that the representations made in the Application and the Moses Affidavit that said attorneys represent no interest adverse to the Debtors' estates, that they are disinterested persons as that term is defined under Section 101(14) of the Bankruptcy Code, that GJB's employment is necessary and would be in the best interests of the Debtors' estates, that all connections to the Debtors' estates have been sufficiently disclosed, that proper and adequate notice has been given and that no other or further notice is necessary; and upon the record herein and after due deliberation thereon, the relief should be granted as set forth below. Accordingly, it is

ORDERED as follows:

1. The Application is GRANTED;

2. Pursuant to Section 327(a) of the Bankruptcy Code, the Committee is authorized to employ and retain Glenn D. Moses, Esq. and the law firm of Genovese Joblove & Battista, P.A. as its local counsel *nunc pro tunc* to January 28, 2010, when services where first rendered, to perform the services set forth in the Application.

3. Genovese Joblove & Battista, P.A. shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code and applicable Bankruptcy Rules and Local Rules, and such procedures as may be fixed by order of this Court.

###

**Submitted by:**

Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Attorneys for the Committee of Unsecured Creditors
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

**Copies to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]

10360-001/#3                                3