**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Protective Products of America, Inc., *et al.*[1] | Case No. 10-10711-JKO |
| Debtors. | Jointly Administered |

_____/

**APPLICATION FOR AN ORDER AUTHORIZING**
**EMPLOYMENT AND RETENTION OF ARENT FOX LLP**
**AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS *NUNC PRO TUNC* TO JANUARY 28, 2010**

The Official Committee of Unsecured Creditors (the "Committee") of Protective

Products of America, Inc. and its affiliates, as debtors and debtors-in-possession (collectively,

the "Debtors"), as and for its application (the "Application") seeking entry of an order

authorizing the employment and retention of Arent Fox LLP ("Arent Fox") as attorneys to the

Committee *nunc pro tunc* to January 28, 2010 pursuant to Sections 504 and 1103(a) of Title 11

of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2014 and 5002 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014–1 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

Southern District of Florida (the "Local Bankruptcy Rules").  In support of the Application, the

Committee submits the Declaration of Andrew I. Silfen (the "Silfen Declaration"), annexed

hereto as Exhibit A and incorporated herein by reference, and respectfully represents as follows:

---

[1]  The name and the last for digits of the taxpayer identification number for each of the Debtors follows in parenthesis: (i) Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) Ceramic Protection Corporation of America (7305); (iv) Protective Products International Corp. (7373); and (v) Protective Products of North Carolina, LLC (0927). The address for the Debtors is 1649 NW 136th Avenue, Sunrise, FL 33323.

## BACKGROUND[2]

The Debtors and their Businesses

1.      On January 13, 2010 (the "Petition Date"), Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for Southern District of Florida (the "Court").  The Debtors continue to operate their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these cases.

2.      The factual background relating to the Debtors' commencement of these cases is set forth in detail in the Declaration of Neil E. Schwartzman, Chief Operating Officer of Protective Products of America, Inc. and Chief Administrative Officer for CPC Holding Corporation of America, Protective Products International Corp., and Ceramic Protection Corporation of America, in Support of the Debtors' Chapter 11 Petitions and First Day Motions, filed by the Debtors on January 13, 2010 [Docket No. 6], and is incorporated herein by reference.

The Committee and its Selection of Professionals

3.      On January 27, 2010, the Office of the United States Trustee for Region 21 appointed three (3) members to the Committee pursuant to Sections 1102(a) and 1102(b) of the Bankruptcy Code.  A list of the members of the Committee is annexed hereto as Exhibit B.

4.      On January 28, 2010, at a meeting during which the majority of the Committee members participated, the Committee selected and formally voted to retain Arent Fox, subject to the approval of the Court.

---

[2]    The background facts set forth herein are primarily based upon the representations contained in papers filed by the Debtors in these proceedings.  As the Committee was just organized and has not yet verified the accuracy of such statements, nothing contained herein or otherwise shall be deemed a waiver of the Committee's right to dispute or challenge the facts set forth herein.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and

1334(b).  Venue of these proceedings is proper in this Judicial District pursuant to 28 U.S.C. §§

1408 and 1409.  Section 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 5002

are the statutory predicates for the relief sought by this Application.

## RELIEF REQUESTED HEREIN

6.      The Committee seeks to employ Arent Fox, which maintains an office for the

practice of law at 1675 Broadway, New York, New York, 10019, as well as offices in

Washington, DC and Los Angeles, CA, as its counsel in these Chapter 11 cases.

7.      The Committee selected Arent Fox for the reason that the partners and associates

of Arent Fox have considerable expertise in the fields of bankruptcy, insolvency,

reorganizations, liquidations, debtors' and creditors' rights, debt restructuring and corporate

reorganizations, commercial litigation, and intellectual property, among other practice areas.

Accordingly, the Committee believes that Arent Fox is well-qualified to represent it in these

Chapter 11 cases.

8.      Schuyler G. Carroll will be primarily responsible for Arent Fox's representation

of the Committee in this matter.  Mr. Carroll is a partner in Arent Fox's Bankruptcy Group and

for over seventeen years has concentrated in bankruptcy and insolvency business law.  Mr.

Carroll has written articles and lectured on bankruptcy topics, such as business bankruptcy

issues, bankruptcy litigation, valuations and fraudulent conveyances.  Mr. Carroll received his

J.D. from the St. John's University School of Law (*cum laude*) where he was a member of the St.

John's Law Review and received his B.A. from the State University of New York at

Binghamton.

9.     The professional services Arent Fox will be required to render include, but are not limited to the following:

(a)     to assist, advise and represent the Committee in its consultation with the Debtors relative to the administration of these Chapter 11 cases;

(b)     to assist, advise and represent the Committee in analyzing the Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales or dispositions;

(c)     to attend meetings and negotiate with the representatives of the Debtors and secured creditors;

(d)     to assist and advise the Committee in its examination and analysis of the conduct of the Debtors' affairs;

(e)     to assist the Committee in the review, analysis and negotiation of any plan of reorganization that may be filed and to assist the Committee in the review, analysis and negotiation of the disclosure statement accompanying any plan of reorganization;

(f)     to assist the Committee in the review, analysis, and negotiation of any financing or funding agreements;

(g)     to take all necessary actions to protect and preserve the interests of the Committee, including, without limitation, the prosecution of actions on its behalf, negotiations concerning all litigation in which the Debtors are involved, and review and analysis of all claims filed against the Debtors' estates;

(h)     to generally prepare on behalf of the Committee all necessary motions, applications, answers, orders, reports, and papers in support of positions taken by the Committee;

(i)     to appear, as appropriate, before this Court, the Appellate Courts, and other courts in which matters may be heard and to protect the interests of the Committee before said Courts and the United States Trustee; and

(j)     to perform all other necessary legal services in these cases.

10.     Arent Fox has indicated a willingness to act on behalf of the Committee and render the necessary professional services as attorneys for the Committee.

11.     Subject to this Court's approval, Arent Fox will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates for services of this type

and nature and for this type of matter in effect on the date such services are rendered and for its actual, reasonable, and necessary out-of-pocket disbursements incurred in connection therewith. The following are Arent Fox's current hourly rates for work of this nature:

|     |                    |               |
| --- | ------------------ | ------------- |
| (a) | Partners:          | $480 - $850   |
| (b) | Of Counsel:        | $440 - $770   |
| (c) | Associates:        | $290 - $520   |
| (d) | Paraprofessionals: | $150 - $280   |

12.     Arent Fox intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and Orders of this Court.  Compensation will be payable to Arent Fox in compliance with the above rules, on an hourly basis, plus reimbursement of actual, reasonable, and necessary expenses incurred by Arent Fox.

## <u>DISINTERESTEDNESS OF PROFESSIONALS</u>

13.     To the best of the Committee's knowledge, information, and belief, and except as otherwise set forth in the Silfen Declaration, none of Arent Fox's respective attorneys hold or represent any interest adverse to the Committee, the Debtors, or their creditors or estates, or any other party-in-interest herein or their respective professionals in matters relating to the Debtors and their estates, and Arent Fox is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code.

14.     To the best of the Committee's knowledge and except as otherwise disclosed in the Silfen Declaration, Arent Fox: (i) does not hold or represent any interest adverse to the Committee with respect to the matters for which it is being retained; (ii) Arent Fox is a

"disinterested person" as that phrase is defined in Section 101(14) of the Bankruptcy Code (as modified by Section 1103(b) of the Bankruptcy Code); (iii) neither Arent Fox nor its professionals have any connection with the Debtors, their estates, or creditors; and (iv) Arent Fox's employment is necessary and in the best interests of the Debtors' estates.

15.     The Committee believes that the retention and employment of Arent Fox is in the best interests of the Committee, the Debtors, and their estates and creditors.

16.     No prior application has been made for the relief requested herein to this or any other Court.

### NOTICE

17.     Notice of this Application has been given to: (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) counsel to CIBC, as the Debtors' DIP lender; (d) the Internal Revenue Service; (e) the Securities and Exchange Commission; and (f) any persons who have requested notice pursuant to Bankruptcy Rule 2002.  The Committee respectfully submits that such notice is sufficient, and requests that this Court find that no further notice of the relief requested herein is necessary or appropriate.

## CONCLUSION

WHEREFORE, the Committee respectfully requests that this Court approve the

employment and retention of Arent Fox as attorneys to the Committee *nunc pro tunc* to January

28, 2010, and grant such other, further and different relief as is just and proper.

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
PROTECTIVE PRODUCTS OF AMERICA,
INC., *et al.*

By:

Steven D. Sass
Bowne & Co., Inc.
c/o Receivable Management Services
307 International Drive Suite 270
Hunt Valley, MD 21030
410-773-4040 (Phone)
410-773-4057 (Fax)

Dated: Hunt Valley, MD
February 8, 2010

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

PROTECTIVE PRODUCTS OF                              Case No. 10-10711-JKO
AMERICA, INC., *et al.*,[1]                          Chapter 11 Cases
                                                    (Jointly Administered)
                      Debtors.
_____/

# MASTER SERVICE LIST

## The Debtors

Protective Products of America, Inc.
1649 NW 136th Avenue
Sunrise, FL 33323

Protective Products International Corp.
1649 NW 136th Avenue
Sunrise, FL 33323

Protective Products of North Carolina, LLC
1649 NW 136th Avenue
Sunrise, FL 33323

CPC Holding Corporation of America
1649 NW 136th Avenue
Sunrise, FL 33323

Ceramic Protection Corporation of America
1649 NW 136th Avenue
Sunrise, FL 33323

## Debtors' Counsel

Jordi Guso, Esq.
Berger Singerman, P.A.
200 South Biscayne Blvd., Suite 1000
Maimi, FL 33131

Debi Evans Galler, Esq.
Berger Singerman, P.A.
200 South Biscayne Blvd., Suite 1000
Maimi, FL 33131

## U.S. Trustee

Office of the United States Trustee
51 Southwest First Avenue
Room 1204
Miami, FL 33130
Tel. 305 536-7285
Fax  305 536-7360
**(VIA CM/ECF)**

## Secured Creditors

Canadian Imperial Bank of Commerce
Attn: Jack McMurray
BEC Place
161 Bay Street, 8th Floor
Toronto, Ontario

GreatAmerica Leasing Corp.
P.O. Box 609
Cedar Rapids IA 52406-0000

US Bankcorp
P.O. Box 580337
Minneapolis MN 55458-0000

## Counsel for Secured Creditors

Blakes, Cassels & Graydon LLP
Attn: Milly Chow, Esq.
199 Bay Street
Suite 2800, Commerce Court West
Toronto, ON MSL 1A9 Canada

Larry I. Glick, Esq.
Brandon R. Levitt, Esq.
Shutts & Bowen, LLP

---

1 The name and last four digits of the taxpayer identification number for each of the Debtors follows in parenthesis:
(i) Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) Ceramic
Protection Corporation of America (7305); (iv) Protective Products International Corp. (7373); and (v) Protective
Products of North Carolina, LLC (0927).  The address for the Debtors is 1649 NW 136th Avenue, Sunrise, FL 33323.

201 South Biscayne Blvd
1500 Miami Center
Miami, FL 33131
**(VIA CM/ECF)**

**20 Largest Unsecured Creditors (for each Debtor)**

Albricas, LLC
530 Sawgrass Corporate Parkway
Sunrise, FL 33325

Alice Hamby
1844 Dry Ponds Rd
Granite Falls, NC  28630

Allied Waste Services
P.O. Box 9001099
Louisville, KY  40290-1099

Artesian Water Co.
664 Churchmans Road
Newark, DE  19850-5151

B Walker Enterprises Inc.
P.O. Box 1802
Hickory, NC  28603

Blue Cross & Blue Shield
P.O. Box 7777
Philadelphia, PA 19175-0247

Bowne of Atlanta, Inc.
1201 West Peachtree Street
Suite 2700
Atlanta, GA 30309

Broward County Revenue Collect
815 N.E. 13th Street
Fort Lauderdale, FL 33304-2007

Burgee Fire Protection
1430 College Avenue SW
Lenoir, NC  28645

Carolina Base-Pac Corp.
3157 Freezer Locker Road
P.O. Box 783
Hudson, NC  28638

Carpreco, LLC
4181 US Highway 321-A
Sawmills, NC  28630

Ceradyne Diaphorm
P.O. Box 515059
Los Angeles, CA 90051-5059

Collier Equipment Company
P.O. Box 175/734 Co. Road 59
Anderson, AL  35610

CompBenefits
P.O. Box 769209
Roswell, GA  30076

Constellation New Energy
Bank of America Lockbox
Service
Constellation NewEnergy, Inc.
14217 Collections Center Dr.
Chicago, IL  60693

Corporation Service
Company
P.O. Box 13397
Philadelphia, PA  19101

Czarnowski Display Service Inc
6067 Eagle Way
Chicago, IL 60678-1060

Deer Park Direct
Div. of Nestle Waters NA, Inc.
P.O. Box 856192
Louisville, KY  40285-6192

Delmarva Power
P.O. Box 17000
Wilmington, DE  19886

Delta Com
ID 1058
P.O. Box 2252
Birmingham, AL  35246-1058

Dorothy Ward
2 Comolet Drive
Granite Falls, NC 28630

Duke Energy
P.O. Box 70516
Charlotte, NC  28272-0515

Environmental Resources
Mgmt
350 Eagleview Blvd.
Suite 200
Exton, PA 19341

Executive Management
P.O. Box 785016
Philadelphia, PA 19178-5016

2

Gaia, LLC
908 King Street
Suite 300
Alexandria, VA 22314

Gary's Repair Service Inc.
4886 Ike Starnes Road
Granite Falls, NC  28630

GDS Hickory #685
P.O. Box 9001099
Louisville, KY  40290-1099

Global Armour SA (Pty) Ltd
P.O. Box 10605
Ashwood, KZ

H.P. White Laboratory
3114 Scarboro Road
Street, MD 21154-1822

Jay Bird Fuels LLC
4174 US Highway 321A
Granite Falls, NC  28630

JPS Composite Materials
2200 South Murry Ave.
Anderson, SC 29622

K&S Sprinkler Company
P.O. Box 1700
Lenoir, NC  28645

Keen Compressed Gas
P.O. Box 41601
Philadelphia, PA  19101-1601

Kelly Generator & Equipment
1955 Dale Lane
Owings, MD  20736

Lincoln Fabrics Ltd.
63 Lakeport Road
Judy Palmer
St. Catharines, ONT L2N 4P6

LTC
2626 West May
Wichita, KS 67213

Maricela Jimenez
465 10th Avenue Drive
Hickory, NC  28601

Mcubed Technologies, Inc.
1 Tralee Industrials Park
Newark, DE  19711

Old Dominion Freight Line

P.O. Box 198475
Atlanta, GA 30384-8475

Paiho Group
28411 Witherspoon Parkway
Valencia, CA 91355

Pencader V Limited
Partnership
c/o Emory Hill Real Estate
10 Corporate Circle
New Castle, DE 19720

Pencader X Limited
Partnership
c/o Emory Hill Real Estate
10 Corporate Circle
New Castle, DE 19720

Piedmont Paper Company Inc.
85 Thompson St.
P.O. Box 5413, Biltmore Stn.
Asheville, NC  28813

Polytek Development Corp.
55 Hilton Street
Easton, PA  18042

RDM Consulting
9315 Crosby Road
Silver Spring, MD 20910

Saint-Gobain Abrasives
P.O. Box 0070
Pittsburgh, PA  15264-0070

Salesforce.com Inc
Attn: David Cooper, Esq.
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Savannah Luggage Works
P.O. Box 447
Highway 297 North
Vidalia, GA 30475

Scheneider Trailer &
Container
104 Alan Drive
Harmony Business Park
Newark, DE  19711

Silverson Machines Inc.
P.O. Box 589
East Longmeadow, MA  01028

10360-001/#23

Southern Imaging
4012 Hickery Blvd.
Granite Falls, NC  28630

Tammy Lackey
402 Burke Street
Hickory, NC  28601

Teijin Aramid USA, Inc
801-F Blacklawn Road
Conyers, GA 30012

Terry Cannon
2192 Atlas Drive
Granite Falls, NC  28630

The American Ceramic Society
600 N Cleveland Ave
Suite 210
Westerville, OH  43082

Top Value Fabrics
P.O. Box 2050
Carmel, IN 46082-2050

Town of Sawmills
4076 US Highway 321-A
Sawmills, NC  28630

Warehouse Services
2901 E. Fourth Avenue
Columbus, OH  43219

Washington Mills North
Grafton
P.O. Box 428
North Grafton, MA  01536

## Governmental Agencies/Taxing Authorities

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Internal Revenue Service

Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL  33324

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl  33130

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC  20530-0001

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl  33132

Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Florida Department of Environmental Protection
Southeast District Office
400 North Congress Avenue, Suite 200
West Palm Beach, Florida 33401

BROWARD COUNTY - REVENUE COLLECTION
DIVISION
Tax & License Section
115 S. Andrews Avenue Room A-100
Fort Lauderdale, Florida 33301

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

County Taxes:
New Castle County Government Center
87 Reads Way
New Castle, DE 19720

10360-001/#23

4

State Department of Revenue
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Department of Natural Resources
and Environmental Control
Richardson & Robbins Building
89 Kings Hwy
Dover, DE 19901

Franchise Tax Board
P.O. Box 942840
Sacramento CA 94240-0040

Employment Development Department
PO Box 826880
Sacramento CA 94280-0001

State Board of Equalization
P.O. Box 942879
Sacramento CA 94279-0001

Office of Attorney General
Carvel State Office Bldg
820 N. French Street
Wilmington, DE 19801

Business Property, Commissioner of the Revenue
Mailing Address:  Post Office Box 644,
Fredericksburg VA 22404-0644
Overnight Address: 715 Princess Anne Street, Rm
102, Fredericksburg VA 22401

(Dept. of Environmental Quality)
DEQ Central Office
629 East Main Street
Richmond, Va. 23219
P.O. Box 1105
Richmond, VA 23218

Attorney General's Office
9001 Mail Service Center
Raleigh, NC 27699-9001

North Carolina Department of the Environment and
Natural Resources
1601 Mail Service Center,
Raleigh, NC 27699-1601

Office of The Attorney General
Department of Law and Public Safety
Richard J. Hughes Justice Complex
25 Market St., CN 080
Trenton, NJ 08625

New Jersey Department of Environmental Protection
401 East State Street
Trenton, NJ 08625-0402

## Notice of Appearance

Bruce I. March, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Blvd.
Suite 2000
Fort Lauderdale, FL 33301

Steve Zuckerman
Farlie Turner & Co., LLC
401 E. Las Olas Blvd., Suite 1160
Fort Lauderdale, FL 33301

FOLEY & LARDNER LLP
Attn: Joanne Lee
321 N. Clark Street, Ste. 2800
Chicago, Illinois 60654

David W. Black, Esq.
Frank, Weinberg & Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
**(VIA CM/ECF)**

Hollie N. Hawn
Asst. County Attorney
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
**(VIA CM/ECF)**

Susan R. Sherrill-Beard
U.S. Securities and Exchange Commission
Atlanta Regional Office
Suite 1000, 3475 Lenox Road, N.E.
Atlanta, GA 30326-1232
Tel: 404-842-7626
Fax: 404-842-5755
Sherrill-beard@sec.gov

Sheila deLa Cruz, Esq.
Luder F. Milton, Esq.
Hirschler Fleischer, PC
P.O. Box 500
Richmond, VA 23218-0500
Tel: 804-771-9560
Fax: 804-644-0957
sdelacruz@hf-law.com
lmilton@hf-law.com

5

**<u>Joint Committee</u>**

Schuyler G. Carroll, Esq.
George P. Angelich, Esq.
1675 Broadway
New York, NY 10019
Tel: 212-484-3900
Fax: 212-484-3990
Carroll.schuyler@arentfox.com
Angelich.george@arentfox.com
   -and-
Glenn D. Moses, Esq.
Genovese Joblove & Battista, PA
100 Southeast 2nd Street, 44th Floor
Miami, FL 33131
Tel: 305-349-2300
Fax: 305-349-2310
gmoses@gjb-law.com
**(VIA CM/ECF)**

Todd Lair
President
Leading Technology Composites, Inc.
2626 W. May
Wichita, KS 67213
Tel: 316-944-0011
Fax: 316-944-0927
Tlair@ltc-ltc.com

Scott L. Spitzer
Sr. VP
General Counsel/ Steven Sass/Kelli Bohuslav-Kail
Bown & Co., Inc.
c/o Receivable Management Services
307 Hunt Valley, MD 21030
Tel: 410-773-4040
Fax: 410-773-4057
Stven.Sass@RMSNA.com
Kelli.Robuslav-Kail@RMSNA.com

Tim Fiess
Credit Manager
TVP, Inc. d/b/a Top Value Fabrics
P.O. Box 2050
Carmel, IN 46282
Tel: 317-844-7496 ext. 120
Fax: 317-814-1151
TimFiess@TVFINC.com

6

# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Protective Products of America, Inc., *et al.*[1] | Case No. 10-10711-JKO |
| Debtors. | Jointly Administered |
| _____/ | |

**AFFIDAVIT OF ANDREW I. SILFEN IN SUPPORT OF**
**APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT**
**AND RETENTION OF ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JANUARY 28, 2010**

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) ss: | |
| COUNTY OF NEW YORK | ) | |

ANDREW I SILFEN, being duly sworn, deposes and says:

1.      I am a partner and chair of the Bankruptcy and Financial Restructuring Group at Arent Fox LLP ("Arent Fox"), a law firm which employs approximately 360 attorneys and maintains an office for the practice of law at 1675 Broadway, New York, NY 10019 as well as offices in Washington, DC and Los Angeles, CA.

2.      I am fully familiar with the facts hereinafter stated, and am authorized to and hereby make this declaration (the "Declaration") in support of the Application of the Official Committee of Unsecured Creditors (the "Committee") of Protective Products of America, Inc. and its affiliates, as debtors and debtors-in-possession (collectively, the "Debtors") for an order authorizing the employment and retention of Arent Fox as counsel to the Committee *nunc pro tunc* to January 28, 2010, and to provide certain disclosures under Sections 504 and 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2014 and 5002 of the Federal Rules of

---

[1]  The name and the last for digits of the taxpayer identification number for each of the Debtors follows in parenthesis: (i) Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) Ceramic Protection Corporation of America (7305); (iv) Protective Products International Corp. (7373); and (v) Protective Products of North Carolina, LLC (0927). The address for the Debtors is 1649 NW 136th Avenue, Sunrise, FL 33323.

Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014–1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida (the "Local Bankruptcy Rules").

3.      The information contained in this Declaration is of my own personal knowledge, discussions with my partners, or is derived from my review of the file in these cases.

4.      All attorneys who will work on this engagement have read and are fully familiar with the Bankruptcy Code and the Bankruptcy Rules, and the Local Bankruptcy Rules of this Court, and are sufficiently competent to handle whatever might foreseeably be expected of the Committee's counsel in this matter.

5.      Insofar as I have been able to ascertain, except as described herein, the other partners, counsel, and associates of Arent Fox and I are disinterested parties within the meaning of Section 101(14) of the Bankruptcy Code, and have no interest adverse to and no connections with the Committee, the Debtors' estates, their creditors or any other party-in-interest herein or their respective attorneys and accountants with respect to matters for which Arent Fox is to be engaged (other than the representation of the Committee).[2]  Although Arent Fox from time to time has represented and in the future may represent various entities that are creditors of the Debtors or otherwise had or have an interest in these proceedings in matters wholly unrelated to this proceeding, Arent Fox will not represent those creditors or parties in connection with these Chapter 11 cases.

**Arent Fox's Conflict Check System**

6.      In connection with preparing this Declaration, Arent Fox submitted the names of parties-in-interest in these cases (the "Parties-in-Interest") for review in the computerized conflict database system maintained by Arent Fox.  The list of the Parties-in-Interest was obtained by Arent

---

[2]   Arent Fox appears in many cases involving a substantial number of creditors, parties-in-interest and professionals.  Arent Fox is reviewing the parties-in-interest in these proceedings and will make every effort to disclose all connections to these parties as they become known to Arent Fox.  Although it is not possible to guarantee that each and every connection is disclosed at this early juncture, Arent Fox will file additional and supplemental disclosure statements in the event Arent Fox becomes aware of any additional connections.  In addition, it is possible that some creditors or parties-in-interest herein are creditors, professionals or parties-in-interest with *de minimus* interest in other cases in which Arent Fox plays a role.

NYC/461489.1

Fox from the initial papers filed in these cases by the Debtors.  Arent Fox maintains and systematically updates its conflict check system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.  The conflict check system maintained by Arent Fox is designed to include every matter on which the firm is now or has been engaged, the entity for which the firm is now or has been engaged, and in each instance, the identity of related parties and adverse parties and the attorney in the firm that is knowledgeable about the matter.  It is the policy of Arent Fox that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the identity of the prospective client, as well as related and adverse parties.  Accordingly, the database is regularly updated for every new matter undertaken by Arent Fox.

7.      The Parties-in-Interest which Arent Fox submitted to its conflict database include:

(a)      The Debtors (including former names and aliases);

(b)      The Debtors' professionals; and

(c)      The Debtors' pre- and post-petition lenders;

(d)      The largest unsecured creditors of the Debtors on a consolidated basis.

8.      A list of the Parties-in-Interest submitted to the conflict check system is attached hereto as Exhibit 1.

**Arent Fox's Relationship With Parties-In-Interest In Unrelated Matters**

9.      Arent Fox appears in cases, proceedings and transactions involving a substantial number of different attorneys, accountants, financial consultants and investment bankers, some of whom now, or may in the future, represent creditors or Parties-In-Interest in these cases.  The Office of United States Trustee appears in each bankruptcy matter that Arent Fox appears.  Aside from this, there is no known connection with the Office of United States Trustee or any of its attorneys.  Also, from time to time, Arent Fox attorneys appear before the Honorable John K. Olson but there is no known connection to Judge Olson or his Chambers staff.

- 3 -

10.    Steven D. Sass, Kelli Bohuslav-Kail and RMS act as representatives of Bowne & Co., Inc., an unsecured creditor in these Chapter 11 cases and chair of the Committee.  Arent Fox represents parties in several cases in which Mr. Sass, Ms. Bohuslav-Kail and/or RMS act in various capacities both on behalf of Bowne & Co., Inc., on their own behalf and on behalf of others, including without limitation, the following: Arent Fox previously represented the Official Committee (the "AMS Committee") of Unsecured Creditors of AMS Health Sciences, Inc., an unrelated Chapter 11 case in the Western District of Oklahoma, Chapter 11 Case No. 07-14678.  Steven Sass represented United Parcel Service, a member of the AMS Committee.  Steven D. Sass LLC was appointed as plan trustee in the AMS case.  Arent Fox represents him in that capacity.  Arent Fox also represented the Official Committee (the "Fieldstone Committee") of Unsecured Creditors of Fieldstone Mortgage Company, an unrelated Chapter 11 case in the District of Maryland, Chapter 11 Case No. 07-21814-JFS.  Steven Sass was chair of the Fieldstone Committee and Steven D. Sass LLC currently serves as post-confirmation litigation trustee.  Arent Fox represents Steven D. Sass LLC in a limited capacity.  Arent Fox also represents the Official Committee (the "Luminent Committee") of Unsecured Creditors of Luminent Mortgage Capital, Inc., et al., an unrelated Chapter 11 case, in the District of Maryland, Chapter 11 Case No. 08-21389-DK.  Steven Sass is the representative of Committee member, Bowne & Co., Inc. on the Luminent Committee.  Arent Fox represents the Official Committee (the "Right Start Committee") of Unsecured Creditors of Right Start Acquisition Company and Babystyle, Inc., unrelated Chapter 11 cases in the Central District of California, Chapter 11 Case Nos. 09-11132 and 09-11141 (MT).  Steven Sass represents United Parcel Service, a member of the Right Start Committee.  Arent Fox represents the Official Committee (the "Asyst Committee") of Unsecured Creditors of Asyst Technologies, Inc., an unrelated Chapter 11 case in the Northern District of California, Case No. 09-43246.  Steven Sass represents Bowne & Co., Inc., a member and chair of the Asyst Committee.

11.    Arent Fox represents Roy Babitt, in his capacity as a Chapter 7 trustee (the "Trustee") for numerous cases pending in the Southern District of New York.  RMS may be retained by the Trustee

- 4 -

to provide certain services.  In addition, Arent Fox represents the Chapter 7 trustee, Roy Babitt, in the Chapter 7 bankruptcy cases of *Home Sewing Association*, Chapter 7 Case No. 08-10021 (RDD) and *Morgan Finnegan*, *LLP* Chapter 7 Case No. 09-11203, which are pending before the Untied States Bankruptcy Court for the Southern District of New York.  In the *Home Sewing Association* case RMS represents the Chapter 7 trustee to pursue collection and recovery of certain avoidance claims . In the *Morgan Finnegan* case, RMS represents the Chapter 7 trustee to act as collection agent to collect outstanding receivables owed to the debtor and to pursue collection and recovery of certain avoidance claims.

12.     Arent Fox has represented unsecured creditor committees in other cases where Bowne & Co., Inc. has been an unsecured creditor and/or member of the committee.  These cases include but are not limited to the Official Committee of Dexterity Surgical, Inc., an unrelated Chapter 11 case in the Southern District of Texas, Chapter 11 Case No. 04-35817.  As stated above, Bowne & Co., Inc., was also an unsecured creditor and member of the Asyst Committee and the Luminent Committee. Arent Fox also represented Bowne & Co., Inc. and or affiliates in certain other cases.

13.     <u>Exhibit 2</u> contains a list of the Parties-in-Interest or their affiliates that Arent Fox has represented, currently represents, or is or was adverse to in matters wholly unrelated to the Debtors and their estates.[3] As disclosed in <u>Exhibit 2</u>, Arent Fox and its partners, counsel, and associates have in the past represented, currently represent, and may in the future represent entities that are creditors of the Debtors, or other parties-in-interest in the Debtors' Chapter 11 cases in matters unrelated to these cases.  Arent Fox has not, and will not, represent any creditors of the Debtors or other parties-in-interest in connection with the Debtors or these cases or have any relationship with any such entity which would be adverse to the Debtors or their estates.

**Normal Hourly Rates and Disbursement Policy**

---

[3]     Arent Fox's investigation of its relationships with parties in interest is ongoing and further disclosures will be made to the extent necessary.

14.     Arent Fox has not agreed to share (a) any compensation it may receive with another party or person, other than with the partners and associates of Arent Fox, or (b) any compensation another person or party has received or may receive.

15.     Subject to this Court's approval in accordance with Section 330(a) of the Bankruptcy Code, Arent Fox will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates for services of this type and nature and for this type of matter in effect on the date such services are rendered and for its actual, reasonable and necessary out-of-pocket disbursements incurred in connection therewith.  The following are Arent Fox's current hourly rates for work of this nature:

|     |     |     |
| --- | --- | --- |
| (a) | Partners: | $480 - $850 |
| (b) | Of Counsel: | $450 - $770 |
| (c) | Associates: | $290 - $520 |
| (d) | Paraprofessionals: | $150 - $280 |

16.     The rates set forth above are subject to periodic review and adjustment and are set at a level designed to fairly compensate Arent Fox for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  Generally, the rates are subject to an increase at the beginning of each calendar year.  It is Arent Fox's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone, telecopier and other charges, mail and express and overnight mail charges, special or hand delivery charges, photocopying charges, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  Arent Fox will charge the Debtors' estates for these expenses in a manner and at rates consistent with charges made generally to Arent Fox's other clients.  Arent Fox believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.  Arent Fox will seek

reimbursement of its expenses as allowed pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and Orders of this Court.

17.    Arent Fox did not receive a retainer with respect to its proposed representation of the Committee.

18.    Arent Fox will not represent any entity other than the Committee in these Chapter 11 cases.

## CONCLUSION

19.    Based upon the information available to me, and except as otherwise described herein, Arent Fox holds no interest adverse to the Committee, the Debtors, their estates, or their creditors as to the matters in which it is to be employed other than the representation of the Committee. I believe that Arent Fox is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code. I know of no reason why Arent Fox cannot act as attorneys for the Committee. The foregoing constitutes the statement of Arent Fox pursuant to Section 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014–1.

FURTHER, AFFIANT SAYETH NOT.

_____

Andrew I. Silfen, Esq.

SWORN TO AND SUBSCRIBED before me this  5ᵗʰ  day of February, 2010.

JEFFREY D. VANACORE
Notary Public, State of New York
No. 02VA6089963
Qualified in New York County
Commission Expires March 31, 201?

_____

NOTARY PUBLIC,
STATE OF NEW YORK AT LARGE

Print Name: JEFFREY D. JANAONE
Commission No. 02 UA 6089963
Commission Expires: 3/31/2011

Andrew I. Silfen

- 7 -

NYC/461489.1

**EXHIBIT 1**

**Debtors and/or Affiliates**
Protective Products of America, Inc.
Protective Products International Corp.
Ceramic Protection Corporation of America
Protective Products of North Carolina
CPC Holding Corporation of America

**Debtors Current/Former Officers and Directors**
Neil E. Schwartzman
Brian L. Stafford
R. Patrick Caldwell
Jason A. Williams
Deon Vaughn
General Henry H. Shelton
Keith Engel
Frank Jaumot
Charles Peters
Larry Moeller
Richard Torykian

**Debtors' Counsel**
Berger Singerman
Debi Evans Galler
Jordi Guso

**Debtors' Professionals**
Bayshore Partners LLC
Michael F. Turner

**Committee Professionals**
Steven D. Sass
Kelli Bohuslav-Kail
RMS

**Largest Unsecured Creditors**
N/S Sawgrass Office Associates/Stiles Property Management
PriceWaterhouseCoopers LLP – US
Sidley Austin
Gowlings LaFleur Henderson LLP
Valiant Trust Company
The Corporation Trust Company
Global Tax Management
Skadden, Arps, Slate, Meagher & Flom LLP
CT Corporation
Telus
Albricas, LLC
LTC
Lincoln Fabrics Ltd.
Bowne of Atlanta, Inc.

NYC/461489.1

Teijin Aramid USA, Inc.
H.P. White Laboratory
Global Armour SA (Pty) Ltd
Broward County Revenue Collect
Czarnowski Display Service Inc.
Blue Cross & Blue Shield (Philadelphia)
Salesforce.com Inc.
Top Value Fabrics
RDM Consulting
Ceradyne Diaphorm
Executive Management
Old Dominion Freight Line
Savannah Luggage Works
Gala, LLC
Palho Group
JPS Composite Materials

**<u>Secured Creditors</u>**
Canadian Imperial Bank of Commerce

EXHIBIT 2[4]

| **Debtors' Party** | **Arent Fox Relationship** |
|---|---|
| N/S Sawgrass Office Associates | Former Adverse |
| Jason A. Williams | "Jason Williams" – Current Adverse |
| PriceWaterhouseCoopers LLP | Current and Former Adverse; Current Other; Former Co-Party; Former Other Interested Party |
| Sidley Austin | Former Client; Current and Former Adverse |
| Gowlings LaFleur Henderson LLP | Current Client |
| Skadden Arps Slate Meagher & Flom LLP | Former Adverse; Current and Former Other Interested Party; Current Client-Friendly |
| Telus | Former Client-Friendly; Current Adverse |
| Canadian Imperial Bank of Commerce | Current and Former Adverse; Former Other Interested Party |
| Broward County Revenue Collections | Current and Former Other Interested Party; Former Adverse |
| Blue Cross & Blue Shield | "Pennsylvania Blue Cross/Blue Shield" – Former Other Interested Party; "Arkansas Blue Cross & Blue Shield" – Current Client; Current Other Interested Party; "Blue Cross & Blue Shield" – Current and Former Adverse; Former Client; Current and Former Client-Friendly; Current and Former Other Interested Party |
| Salesforce.com Inc. | Current Adverse; Current Other Interested Party |
| Top Value Fabrics | Former Client |
| Old Dominion Freight Line | Current Other Interested Party |
| Steven D. Sass | *See* Paragraphs 10-11 |

---

[4]    Party relationships are classified as:  (i) Client; (ii) Former Client (no active matters are attributed to the client because all amounts have been billed and the entity or individual is no longer considered a client); (iii) Adverse; (iv) Other Interested Party (a party that is not a Client, a Former Client, Client Friendly or Adverse); (v) Client Friendly (a party who refers a client to Arent Fox; an affiliate of the client; possibly an officer or party who is not adverse to the client; or a party who is generally aligned with the Arent Fox client).

| **Debtors' Party** | **Arent Fox Relationship** |
|---|---|
| Kelli Bohuslav-Kail | *See* Paragraphs 10-11 |
| RMS | *See* Paragraphs 10-11 |
| Bowne of Atlanta, Inc. | "Bowne & Co., Inc." – *See* Paragraph 12 |

## EXHIBIT B

1.      Bowne & Co., Inc.
        Scott L. Spitzer, Sr. Vice President
        c/o Receivable Management Services
        Steven D. Sass
        Kelli Bohuslav-Kail
        307 International Drive, Suite 270
        Hunt Valley, MD 21030
        Phone: 410-773-4040
        Fax: 410-773-4057

2.      Leading Technology Composites, Inc.
        Todd Lair, President
        2626 W. May
        Wichita, KS 67213
        Phone: 316-944-0011
        Fax: 316-944-0927

3.      TVP, Inc. d/b/a Top Value Fabrics
        Tim Fiess, Credit Manager
        PO Box 2050
        Carmel, IN 46282
        Phone: 317-844-7496, ext. 120
        Fax: 317-814-1151

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                    Chapter 11

Protective Products of America, Inc., *et al.*[1]        Case No. 10-10711-JKO

                Debtors.                 Jointly Administered
_____/

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF**
**ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JANUARY 28, 2010**

Upon the application (the "Application") of the Official Committee of Unsecured

Creditors (the "Committee") of Protective Products of America, Inc. and its affiliates, as debtors

and debtors-in-possession (collectively, the "Debtors"), for entry of an order authorizing the

employment and retention of Arent Fox LLP ("Arent Fox") as counsel to the Committee, *nunc*

*pro tunc* to January 28, 2010, pursuant to Sections 504 and 1103(a) of Title 11 of the United

---

[1] The name and the last for digits of the taxpayer identification number for each of the Debtors follows in parenthesis: (i) Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) Ceramic Protection Corporation of America (7305); (iv) Protective Products International Corp. (7373); and (v) Protective Products of North Carolina, LLC (0927). The address for the Debtors is 1649 NW 136th Avenue, Sunrise, FL 33323.

NYC/461490.1

States Code §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014–1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida (the "Local Bankruptcy Rules"); and upon the Declaration of Andrew I. Silfen (the "Silfen Declaration") in support of the Application; and it appearing that Arent Fox represents no interest adverse to the Committee, the Debtors, the Debtors' estates, or their creditors with respect to the matters for which Arent Fox is to be engaged, that Arent Fox is a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code, and that the employment and retention of Arent Fox is necessary and in the best interests of the estates; and good and adequate notice of the Application having been given, and after due deliberation and sufficient cause appearing; therefor, it is hereby

ORDERED as follows:

1.      Application is APPROVED and GRANTED.

2.      Arent Fox's employment is necessary and in the best interests of the Debtors' estates, and creditors; and Arent Fox's hourly rates for its paralegals and attorneys set forth in the Silfen Declaration are reasonable.

3.      Pursuant to Section 1103 of the Bankruptcy Code, and Bankruptcy Rules 2014(a) and 5002 and Local Bankruptcy Rule 2014–1, the Committee is hereby authorized and empowered to employ and retain Arent Fox LLP as its counsel, effective *nunc pro tunc* to January 28, 2010, on the terms and conditions set forth in the Application and the Silfen Declaration, and the retention of Arent Fox LLP as counsel in accordance with Arent Fox's normal hourly rates and disbursement policies as set forth in the Silfen Declaration is hereby approved, except as expressly provided herein.

4.      The compensation and reimbursement of expenses to be paid to Arent Fox LLP shall be paid as an administrative expense of the Debtors' estates in such amounts as shall be allowed and determined upon appropriate applications to the Court pursuant to Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines for fees, and all orders and such other procedures as may be fixed by the Court.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

**Submitted by:**

Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Attorneys for the Committee of Unsecured Creditors
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

**Copies to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]