

**ORDERED in the Southern District of Florida on February 17, 2010.**

*/s/ John K. Olson*

**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Protective Products of America, Inc., *et al.*[1] | Case No. 10-10711-JKO (Jointly Administered) |
| Debtors. _____/ | |

**ORDER GRANTING APPLICATION FOR APPROVAL OF EMPLOYMENT OF GLENN D. MOSES, ESQ. AND THE LAW FIRM OF GENOVESE, JOBLOVE & BATTISTA, P.A., AS PROPOSED CO-COUNSEL FOR THE COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO JANUARY 28, 2010**

THIS CAUSE came before the Court on February 10, 2010 upon the application (the "Application") of the Committee of Unsecured Creditors (the "Committee") of the jointly administered Debtors, Protective Products of America, Inc., CPC Holding Corporation of America, Ceramic Protection Corporation of America, Protective Products International Corp.

---

[1] The name and the last for digits of the taxpayer identification number for each of the Debtors follows in parenthesis: (i) Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) Ceramic Protection Corporation of America (7305); (iv) Protective Products International Corp. (7373); and (v) Protective Products of North Carolina, LLC (0927). The address for the Debtors is 1649 NW 136th Avenue, Sunrise, FL 33323.

10360-001/#3

and Protective Products of North Carolina, LLC (collectively, the "Debtors"), for the entry of an Order, pursuant to 11 U.S.C. § 327(a), authorizing the Committee to employ and retain Glenn D. Moses, Esq. and the law firm of Genovese Joblove & Battista, P.A. ("GJB") as its bankruptcy attorneys, and upon the Affidavit of Glenn D. Moses (the "Moses Affidavit"), a shareholder in GJB; and it appearing to the Court that the representations made in the Application and the Moses Affidavit that said attorneys represent no interest adverse to the Debtors' estates, that they are disinterested persons as that term is defined under Section 101(14) of the Bankruptcy Code, that GJB's employment is necessary and would be in the best interests of the Debtors' estates, that all connections to the Debtors' estates have been sufficiently disclosed, that proper and adequate notice has been given and that no other or further notice is necessary; and upon the record herein and after due deliberation thereon, the relief should be granted as set forth below. Accordingly, it is

ORDERED as follows:

1.      The Application is GRANTED;

2.      Pursuant to Section 327(a) of the Bankruptcy Code, the Committee is authorized to employ and retain Glenn D. Moses, Esq. and the law firm of Genovese Joblove & Battista, P.A. as its local counsel *nunc pro tunc* to January 28, 2010, when services where first rendered, to perform the services set forth in the Application.

3.      Genovese Joblove & Battista, P.A. shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code and applicable Bankruptcy Rules and Local Rules, and such procedures as may be fixed by order of this Court.

###

10360-001/#3                                            2

**Submitted by:**

Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Attorneys for the Committee of Unsecured Creditors
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

**Copies to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]

10360-001/#3                                       3