**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

PROTECTIVE PRODUCTS OF AMERICA,                    CASE NO.: 10-10711-BKC-JKO
INC., et al.,[1]

       Debtor.                                     CHAPTER 11 Cases
_____/              (Jointly Administered)

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that a true copy of the *CIBC Limited Objection to the Motion of the Official Committee of Unsecured Creditors for Entry of An order Approving the Stipulation* [C.P. #194] was served by electronic transmission, if ECF filer, or by first class U.S. mail, on the 23rd day of April, 2010, to all parties on the attached Service List.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**SHUTTS & BOWEN LLP**

/s/ *Harris J. Koroglu*
Harris J. Koroglu
Florida Bar No. 32597
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
*hkoroglu@shutts.com*
Telephone: 305-347-7314
Facsimile: 305-347-7831
Attorneys for Canadian Imperial Bank of Commerce

---

[1] The name and the last four digits of the taxpayer identification number for each of the Debtors follows in parenthesis: (i) Protective Products of America, Inc. ("PPA") (9709); CPC Holding Corporation of America ("CPC Holding") (8086); (iii) Ceramic Protection Corporation of America ("CPCA") (7305); (iv) Protective Products International Corp. ("PPI") (7373); and Protective Products of North Carolina, LLC ("PPNC") (0927). The current address for the Debtors is: c/o Ahearn Jasco & Company, P.A., Attn: Frank E. Jaumot, CPA, 190 Southeast 19th Avenue, Pompano Beach, Florida 33060.

CASE NO.: 10-10711-BKC-JKO

**Electronic Mail Notice List**

- David W Black    dblack@fwblaw.net
- Robert G Fracasso Jr    rfracasso@shutts.com
- Debi Evans Galler    dgaller@bergersingerman.com,
  jalvarez@bergersingerman.com,efile@bergersingerman.com
- Larry I Glick    lglick@shutts.com
- Jordi Guso    jguso@bergersingerman.com,
  efile@bergersingerman.com;fsellers@bergersingerman.com
- Hollie N Hawn    hhawn@broward.org
- Harris J. Koroglu    hkoroglu@shutts.com, jgoodwin@shutts.com
- Luder F Milton    lmilton@hf-law.com
- Glenn D Moses    gmoses@gjb-law.com, gjbecf@gjb-law.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Ariel Rodriguez    ariel.rodriguez@usdoj.gov

**Manual Notice List**

CPC Holding Corporation of America
1649 NW 136th Avenue
Sunrise, FL 33323

Protective Products International Corp.
1649 NW 136th Avenue
Sunrise, FL 33323

Protective Products of North Carolina, LLC
1649 NW 136th Avenue
Sunrise, FL 33323

CPC Holding Corporation of America
Protective Products International Corp
Protective Products of North Carolina, LLC
Protective Products of America, Inc.
Ceramic Protection Corporation of America
c/o Ahearn Jasco & Company, P.A.
Attn: Frank E. Jaumot, CPA
190 Southeast 19th Avenue
Pompano Beach, Florida 33060

Sheila De La Cruz
POB 500
Richmond, VA 23218

CASE NO.: 10-10711-BKC-JKO

Fiera Capital Inc
1501 McGill College #800
Montreal, QC

Serkes Ibrahim
45 Seclusion Cres
Brampton ON L6R 1L5,

Todd Lair
c/o Leading Technology Composites, Inc.
2626 W May
Wichita, KS 67213

Glenn Moses
100 SE 2nd Street #4400
Miami, FL 33131

Andrew Silfen
1675 Broadway
New York, NY 10019

Michael F Tuner
401 E Las Olas Blvd #1160
Fort Lauderdale, FL 33301

MIADOCS 4303461 1