**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

PPOA HOLDING, INC., *et al.*,[1]

          Debtors

_____/

Case No. 10-10711-BKC-JKO
Chapter 11 Cases
(Jointly Administered)

**SUMMARY OF THIRD INTERIM FEE**
**APPLICATION OF ARENT FOX LLP AS CO-COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | | |
|---|---|---|
| 1. | Name of Applicant | Arent Fox LLP |
| 2. | Role of Applicant | Co-Counsel to the Official Committee of Unsecured Creditors |
| 3. | Name of Certifying Professional | George P. Angelich |
| 4. | Date Case Filed | January 13, 2010 |
| 5. | Date of Application for Employment | February 8, 2010 |
| 6. | Date of Order Approving Employment | February 22, 2010 *nunc pro tunc* to January 28, 2010 |
| 7. | If Debtors' Counsel, Date of Disclosure of Compensation Form | N/A |
| 8. | Date of this Application | January 18, 2011 |
| 9. | Date of Services Covered | September 1, 2010 to December 31, 2010 |
| 10. | If Case is Chapter 7, Amount Trustee has On Hand | N/A |
| | **Fees** | |
| 11. | Total Fees Requested for this Period: (From <u>Exhibit A</u>) | $193,076.00 |
| 12. | Balance Remaining in Fee Retainer Account, Not Yet Awarded | $0.00 |
| 13. | Fees Paid or Advanced for this Period, by Other Sources | $0.00 |
| 14. | **Net Amount of Fees Requested for this Period** | **$193,076.00** |

---

[1]    The name and last four digits of the taxpayer identification number for each of the Debtors follows in parenthesis:  (i) PPOA Holding, Inc. f/k/a Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) CP Corporation of America, Inc. f/k/a Ceramic Protection Corporation of America (7305); (iv) PPI International Corp. f/k/a Protective Products International Corp. (7373); and (v) PPNC, LLC f/k/a Protective Products of North Carolina, LLC (0927).  The address for the Debtors is c/o Ahearn Jasco & Company, P.A., Attn. Frank E. Jaumot, CPA, 190 Southeast 19th Avenue, Pompano Beach, Florida 33060.

**Expenses**

15. Total Expense Reimbursement Requested for this Period (From Exhibit C) — $1,339.90

16. Balance Remaining in Expense Retainer Account, Not Yet Rewarded — $0.00

17. Expenses Paid or Advanced for this Period, by Other Sources — $0.00

18. **Net Amount of Expense Reimbursements Requested for this Period** — **$1,339.90**

19. Gross Award Requested for this Period (#11 + #15) — $194,415.90

20. **Net Award Requested for this Period (#14 + #18)** — **$194,415.90**

21. If Final Fee Application, Amounts of Net Awards Requested in Interim Applications but Not Previously Awarded (Total From History of Fees And Expenses, following pages) — N/A

22. Final Fee and Expense Reward Requested (#20 + #21) — N/A

## History of Fees and Expenses

1. Dates, Sources and Amounts of Retainers Received:  N/A
2. Dates, Sources and Amounts of Third Party Payments Received: N/A
3. Prior Fee and Expense Rewards:

| FILING DATE & DOCKET NO. | PERIOD COVERED | TOTAL FEES REQUESTED | TOTAL EXPENSES REQUESTED |
|---|---|---|---|
| First Interim Fee Application May 14, 2010 Docket No. 227 | January 28, 2010 - April 30, 2010 | $378,848.00 | $5,241.83 |
| Second Interim Fee Application September 10, 2010 Docket No. 296 | May 1, 2010 – August 31, 2010 | $200,183.00 | $1,122.66 |
| **Total** | **N/A** | **$579,031.00** | **$6,364.49** |

## Certification

1.      I have been designated by Arent Fox LLP (the "Arent Fox" or "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of expenses (the "Application").  The Application complies with the Guidelines, and the fees and expenses fall within the Guidelines, except as specifically noted in this Certification and described in the Application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described in Exhibit 2, the Applicant is seeking reimbursement in accordance with the Applicant's customary rates in cases of this nature.

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.      The trustee (if any), the examiner (if any), the chairperson of each official committee (if any), the Debtors, the US Trustee, and their respective counsels, will be mailed, simultaneously with the filing of the Application with this Court, a complete copy of the Application (including all relevant exhibits).

7.      The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: None.

**I HEREBY CERTIFY** that the foregoing is true and correct.

NYC/563283.2

Dated:   New York, New York                   ARENT FOX LLP
         January 18, 2011                      Counsel for the Official Committee of
                                               Unsecured Creditors
                                               1675 Broadway
                                               New York, NY 10019
                                               Telephone:  (212) 484-6000
                                               Facsimile:  (212) 484-3990

                                               By:    /s/ George P. Angelich_____
                                                      George P. Angelich
                                                      angelich.george@arentfox.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

PPOA HOLDING, INC., *et al.*,[2]

          Debtors

_____/

Case No. 10-10711-BKC-JKO
Chapter 11 Cases
(Jointly Administered)

**THIRD INTERIM FEEAPPLICATION**
**OF ARENT FOX LLP AS CO-COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Rule 2016-1, the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases (the "Guidelines"), and this Court's Order Granting Debtors' Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expense for Professionals (the "Professional Compensation Order"), Arent Fox LLP ("Arent Fox") hereby files its Third Interim Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee (the "Committee") of Unsecured Creditors of PPOA Holding, Inc., *et al.* (collectively, "the Debtors") for the Period from September 1, 2010 through December 31, 2010 (the "Application").  By this Application, Arent Fox seeks interim allowance of **$193,076.00** for compensation and **$1,339.90** for reimbursement of actual and necessary

---

[2]    The name and last four digits of the taxpayer identification number for each of the Debtors follows in parenthesis:  (i) PPOA Holding, Inc. f/k/a Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) CP Corporation of America, Inc. f/k/a Ceramic Protection Corporation of America (7305); (iv) PPI International Corp. f/k/a Protective Products International Corp. (7373); and (v) PPNC, LLC f/k/a Protective Products of North Carolina, LLC (0927).  The address for the Debtors is c/o Ahearn Jasco & Company, P.A., Attn. Frank E. Jaumot, CPA, 190 Southeast 19th Avenue, Pompano Beach, Florida 33060.

expenses for a total of **$194,415.90** for the period from September 1, 2010 through and including December 31, 2010 (the "Compensation Period"). In support of this Application, Arent Fox respectfully represents as follows:

**Background**

1.      On January 13, 2010, each of the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Court"). The Debtors remain in possession of their assets as debtors-in-possession pursuant to Section 1107 and 1108 of the Bankruptcy Code.

2.      On January 27, 2010, the Office of the United States Trustee appointed the Committee. See Docket No. 82.

3.      On January 28, 2010, at a meeting during which a majority of the Committee members attended, the Committee elected to retain Arent Fox as counsel, subject to approval by this Court. On February 22, 2010, the Court approved the retention of Arent Fox as counsel to the Committee nunc pro tunc to January 28, 2010. See Docket No. 139. Genovese, Joblove and Battista, P.A. was retained as local counsel to the Committee.

**Monthly Fee Statements**

4.      Pursuant to the Professional Compensation Order, Arent Fox has submitted monthly invoices to the Debtors and their counsel, CIBC and their counsel, and the Office of the United States Trustee, requesting payment of fees and expense incurred for the preceding month. As of the date of this Application, Arent Fox has received payment, on an interim basis, of $504,207.54.

**Interim Application**

5.      As reflected below, Arent Fox has devoted substantial time and resources to its representation of the Committee. Arent Fox seeks compensation only for services rendered and

-6-

expenses incurred in connection with the performance of duties required by the Bankruptcy Code or pursuant to Orders of this Court, and only at the direction of the Committee.

6.       Four exhibits are attached to this Application.  Exhibit A is the Summary of Professional and Paralegal Time.  Exhibit B is the Summary of Professional Time by Activity Code.  Exhibit C is the Expense Category Summary.  Exhibit D is the Detailed Time Records.

### Description of Services Rendered

7.       Arent Fox, by and through the above-named persons, has prepared its retention application and has engaged in substantive negotiations with the Debtors and pre-petition lenders regarding the myriad of pleadings filed with the Court and has advised the Committee on a regular basis with respect to various matters in connection with these cases, and performed all necessary professional services which are described and narrated in detail below.

8.       The services rendered by Arent Fox during the Compensation Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth on **Exhibit D**.  The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibits A and B**.

A.       Case Management and Operating Reports (02)

Fees:   $79.50       Total Hours:   0.3

This category includes reviewing and analyzing the Debtors' monthly operating reports and other miscellaneous administrative items.

B.       Claims Administration and Objections (06)

Fees:   $291.00              Total Hours:   0.8

-7-

This category includes the review of certain claims against the Debtors including but not limited to an analysis of the Debtor's objection to the California state tax claim.

C. Miscellaneous Motions and Objections (07)

 Fees: $256.00  Total Hours: 0.8

This category includes the review and analysis of various items filed by or against the Debtors, including but not limited to the objection to the California state tax claim and state court litigation documents.

D. Committee and Debtor Communications, Conference (08)

 Fees: $6,385.00  Total Hours: 15.4

The Committee and Arent Fox conducted conference calls as necessary to discuss relevant issues and decide upon strategy and courses of action with regard to the various issues in these cases, including the formulation of a plan of liquidation, and a settlement with the Debtor's subordinated debenture holders. Arent Fox also drafted several email updates to the Committee to describe recent filings in the case, summarize the results of hearings, or educate the Committee on other issues or general case status.  Arent Fox also fielded numerous telephone calls and emails from Committee members regarding various issues.  Finally, Arent Fox has worked cooperatively with the Debtors throughout these cases, and corresponded regularly with Debtors' counsel and executives on a multitude of issues, including, but not limited to, the terms of subordinated debenture holder settlement and the plan of liquidation.

E. Adversary Proceedings (09)

 Fees: $128.00  Total Hours: 0.4

-8-

This category includes time spent reviewing documents related to the Ontario complaint filed against the Debtors' former directors and officers, and analyzing issues related to these cases.

      F.      <u>Professional Retention (10)</u>

          Fees:  $716.00       Total Hours:  2.2

This category includes time spent analyzing connections issues and running additional connections checks in preparation for drafting and filing supplemental declaration in support of the retention of Arent Fox.

      G.      <u>Plan and Disclosure Statement Matters and Solicitation (11)</u>

          Fees:  $176,159.50     Total Hours:  468.1

This category includes Arent Fox's work formulating and drafting the Committee's proposed plan of liquidation and disclosure statement in support thereof. It further involves Arent Fox's analysis and research with regard to certain plan related issues, including treatment of the subordinated debenture claims, tax claim, indemnification claims, and negotiations with the Debtors and subordinated debenture claim holders. Further, this category includes time spent drafting the Committee's motion to approve the disclosure statement, the Committee's proposed solicitation and voting procedures, the solicitation package including letters and ballots, and the proposed order scheduling the confirmation hearing and other related deadlines, as well as time spent by Arent Fox attorneys traveling to and from Fort Lauderdale to attend the hearing on the Committee's disclosure statement.

      H.      <u>Investigation of Secured Creditor, Equipment Lessors, Lienholders (17)</u>

          Fees:  $357.00       Total Hours:  0.7

This category includes time spent investigating the subordinated debenture holders, and the validity of any security interests and claims, and perfection thereon.

I.        Chapter 5 Litigation, Collection and Investigation (19)

Fees:    $692.00        Total Hours:   1.9

This category includes time spent investigating and analyzing possible litigation claims available for the estates' creditors.

J.        Fee Applications (22)

Fees:    $8,012.00        Total Hours:   21.9

This category includes time spent preparing Arent Fox's First Second Fee Application, as well as preparing Arent Fox's monthly fee statements.  It also includes time spent reviewing and distributing to the Committee the fee statements of other professionals in these cases.

**Legal Standard**

9.        All of the service discussed above and the fees requested herein are reasonable, necessary and substantially beneficial to the Debtors' estates within the meaning of 11 U.S.C. §330(a) and the criteria set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America,* 544 F.2d 1291 (5th Cir. 1977).

10.        The Time and Labor Required.  Arent Fox professionals have devoted 473.7 hours of time in the representation of the Committee during the period covered by this Application.  The services rendered were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the tasks and legal issues which have arisen with respect to these cases.  The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services provided by Arent Fox to the Committee.

NYC/563283.2

11.      <u>The Novelty and Difficulty of the Questions Presented</u>.  Many of the legal issues arising in the representation of the Committee were complex, and required review of sophisticated documents and correspondence, as well as the skilled application of knowledge of bankruptcy and other commercial law.

12.      <u>The Skill Requisite to Perform Legal Services Properly</u>.  In order to properly perform the services rendered to the Committee, Arent Fox was required to draw upon substantial legal knowledge in a variety of areas of law, including corporate law, government contracts, litigation, employment law, directors & officers' litigation and bankruptcy law.  In circumstances where the expertise and judgment of an attorney were not required, responsibilities were designated to paralegals.

13.      <u>Preclusion from Other Employment by Attorney Due to Acceptance of Case</u>. Arent Fox is aware of no other specific employment which was precluded as a result of its accepting this case, but had Arent Fox not accepted this employment, time spent in this case would have been spent on other matters in which, in most instances, monthly billing statements would have been paid in full on a timely basis.

14.      <u>The Customary Fee</u>.  The rates charged by the participating attorneys and paralegals are will within the range charged by professionals of similar skill and reputation. Arent Fox submits that the overall blended billable rate of $376.73 per hour for the professionals who rendered services during the period covered by the Application compares favorably with rates customarily charged for similar services.

15.      <u>Whether the Fee is Fixed or Contingent</u>.  Arent Fox's compensation in this matter is subject to approval of the Court, and also the resources of the bankruptcy estates, and therefore

contingent.  The Court should consider this factor, which weighs in favor of a fee award in the amount requested.

16.    <u>Time Limitations Imposed by the Client or Other Circumstances</u>.  The circumstances of this cases imposed serious time restraints on Arent Fox due to the necessity for quick resolution and negotiating on a variety of issues, most significantly various negotiations regarding and revisions to the Committee's plan of liquidation.

17.    <u>The Undesirability of the Case</u>.  Arent Fox does not generally find it undesirable to represent the Committee in these cases.  Arent Fox is, indeed, privileged to appear before the Court in this case and represent the interests of the Committee and its constituents.

18.    <u>Nature and Length of Professional Relationship with Client</u>.  Because the Committee is a statutorily created entity, and appointed for the purposes of these cases, Arent Fox had no prior relationship with the Committee.  Arent Fox has various connections to certain unsecured creditors, wholly unrelated to these cases, which were outlined in detail in Arent Fox's retention documents previously filed with this Court.

19.    <u>Awards in Similar Cases</u>.  The amount requested by Arent Fox in these cases is reasonable in terms of awards in cases of similar complexity and size.  Considering the results obtained and the complexity and number of issues addressed during the period this Application covers, the award is appropriate and fair.

20.    Arent Fox has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Arent Fox and any other person other than the partners of Arent Fox for the sharing of compensation to be received for services rendered in these cases.

WHEREFORE, Arent Fox respectfully requests the Court to enter an order (i) granting this Application; (b) allowing and awarding interim compensation in the amount of $193,076.00 as compensation for services rendered and $1,339.90 as reimbursement for actual and necessary expenses incurred during the period from September 1, 2010 to December 31, 2010; (c) authorizing and directing the Debtors to pay the sum of $194,415.90, less amounts already received pursuant to the Professional Compensation Order; and (d) granting such other and further relief as this Court deems just and appropriate.

Dated:    New York, New York
          January 18, 2011

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PROTECTIVE PRODUCTS OF AMERICA, INC., *et al*.

Co-Counsel for the Official Committee of Unsecured Creditors

ARENT FOX LLP
1675 Broadway
New York, NY 10019
Telephone:  (212) 484-6000
Facsimile:  (212) 484-3990
George P. Angelich (*pro hac vice*)
angelich.george@arentfox.com

and

Co-Counsel for the Official Committee of Unsecured Creditors

GENOVESE JOBLOVE & BATTISTA, P.A.
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
gmoses@gjb-law.com
/s/ Glenn D. Moses
     Glenn D. Moses, Esq.
     gmoses@gjb-law.com
     Fla. Bar No. 174556

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that a true and correct copy of the foregoing was sent via electronic

mail and/or first-class, U.S. Mail this 10th day of September, 2010 to all parties on the attached

service list.

/s/ Glenn D. Moses
Glenn D. Mose

**<u>Service List</u>**

*Debtors*
PPOA HOLDING, INC., et al
c/o Ahearn Jasco & Company, P.A.
Attn. Frank E. Jaumot, CPA
190 Southeast 19th Avenue
Pompano Beach, Florida 33060.

*Counsel for the Debtors*
Jordi Guso, Esq.
Debi Galler, Esq.
Berger Singerman, P.A.
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131-5340

*U.S. Trustee*
Office of the United State Trustee
51 SW 1st Avenue
Miami, FL 33130
Attn: Ariel Rodriguez, Esq.

-14-

**Exhibit A**

Summary of Professional and Paraprofessional Time for the period September 1, 2010 through December 31, 2010:

| Timekeeper | Position and Year Licensed | Hours Worked | Hourly Rate | Fees Earned |
|---|---|---|---|---|
| Andrew I. Silfen | Partner NJ - 1986 NY - 1987 | 5.7 | $810 | $4,617.00 |
| Schuyler G. Carroll | Partner NY - 1993 | 3.5 | $730 | $2,555.00 |
| Joseph Reiser | Partner DC – 1976 PA - 1994 | 3.2 | $650 | $2,080.00 |
| George P. Angelich | Partner PA – 2000 DC - 2003 NY - 2005 | 105.7 | $530 | $56,021.00 |
| Andrew Udin | Associate NJ – 2002 NY – 2003 DC - 2004 | 0.7 | $510 | $357.00 |
| Jeffrey N. Rothleder | Associate MD – 2002 DC - 2005 | 1.5 | $485 | 727.50 |
| Katie A. Lane | Associate FL - 2002 DC - 2007 | 1.2 | $485 | $582.00 |
| Andrea Campbell | Associate FL – 2008 DC, VA - 2009 | 68.4 | $340 | $23,256.00 |
| George Utlik | Associate NY, NJ - 2008 | 315.6 | $320 | $100,992.00 |
| Lisa Indelicato | Bankruptcy Specialist | 6.7 | $270 | $1,809.00 |
| Nova Constantino | Senior Paralegal | 0.3 | $265 | $79.50 |
| **Totals:** | | **512.5** | | **$193,076.00** |

The blended hourly rate for all services during the Statement Period is $376.73 per hour.[1]

---

[1] The blended hourly billing rate per hour is derived by dividing the total fees of $193,076.00 by the total hours of 512.5.

NYC/563320.2

**Exhibit B**

Summary of Professional Time by Activity Code for the period September, 2010 through December 31, 2010:

Matter No. 02 – Case Management and Operating Reports

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Nova Constantino | Paralegal | $265.00 | 0.3 | $79.50 |
| Matter Totals | | | 0.3 | $79.50 |

Matter No. 06 – Claims Administration and Objections

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| George Angelich | Partner | $530 | 0.1 | $53.00 |
| Andrea Campbell | Associate | $340 | 0.7 | $238.00 |
| Matter Totals | | | 0.8 | $291.00 |

Matter No. 07 – Miscellaneous Motions and Objections

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| George Utlik | Associate | $320 | 0.8 | $256.00 |
| Matter Totals | | | 0.8 | $256.00 |

Matter No. 08 – Committee and Debtor Communications, Conference Calls and Meetings

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| George Angelich | Partner | $530 | 6.3 | $3,339.00 |
| Andrea Campbell | Associate | $340 | 6.7 | $2,278.00 |
| George Utlik | Associate | $320 | 2.4 | $768.00 |
| Matter Totals | | | 15.4 | $6,385.00 |

Matter No. 09 – Adversary Proceedings

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| George Utlik | Associate | $320 | 0.4 | $128.00 |
| Matter Totals | | | 0.4 | $128.00 |

B-1

Matter No.10 – Professional Retention

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| George Angelich | Partner | $530 | 0.2 | $106.00 |
| Andrea Campbell | Associate | $340 | 1.0 | $240.00 |
| Lisa Indelicato | Paralegal | $270 | 1.0 | $270.00 |
| Matter Totals | | | 2.2 | $716.00 |

Matter No. 11 – Plan and Disclosure Statement Matters and Solicitation

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Andrew Silfen | Partner | $810 | 5.7 | $4,617.00 |
| Schuyler Carroll | Partner | $730 | 3.5 | $2,555.00 |
| Joseph Reiser | Partner | $650 | 3.2 | $2,080.00 |
| George Angelich | Partner | $530 | 95.1 | $50,403.00 |
| Jeff Rothleder | Associate | $485 | 1.5 | $727.50 |
| Katie Lane | Associate | $485 | 1.2 | $582.00 |
| Andrea Campbell | Associate | $340 | 43.6 | $14,824.00 |
| George Utlik | Associate | $320 | 310.2 | $99,264.00 |
| Lisa Indelicato | Paralegal | $270 | 4.1 | $1,107.00 |
| Matter Totals | | | 468.1 | $176,169.50 |

Matter No. 17 – Investigation of Secured Creditor, Equipment Lessors and Lienholders

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Andrew Udin | Associate | $510 | 0.7 | $357.00 |
| Matter Totals | | | 0.7 | $357.00 |

Matter No. 19 – Chapter 5 Litigation, Collection, and Investigation

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| George Angelich | Partner | $530 | 0.4 | $212.00 |
| George Utlik | Associate | $320 | 1.5 | $480.00 |
| Matter Totals | | | 1.9 | $692.00 |

Matter No. 22 – Fee Applications

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| George Angelich | Partner | $530 | 3.6 | $1,908.00 |
| Andrea Campbell | Associate | $340 | 16.4 | $5,576.00 |
| George Utlik | Associate | $320 | 0.3 | $432.00 |
| Lisa Indelicato | Paralegal | $270 | 1.6 | $432.00 |
| Matter Totals | | | 3.0 | $1,231.00 |

B-3

**Exhibit C**

| DISBURSEMENTS SUMMARY | |
|---|---:|
| Duplicating | $397.00 |
| Documents Imaging | $10.95 |
| Phone | $66.01 |
| Database Search | $43.47 |
| Taxicabs and Travel | $762.17 |
| Overtime Meals | $30.30 |
| Secretarial Overtime | $30.00 |
| | |
| **Disbursements Total** | **$1,339.90** |

C-1

# ARENT FOX LLP   **EXHIBIT "D"**

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

```
Protective Products, Inc. - Official Committee of Unsecured      Invoice Number  1294270
Creditors                                                        Invoice Date    01/18/11
                                                                 Client Number   032113
```

---------------------------------------------------------------------------

| Category | Hours | Total |
|---|---|---|

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2010

| Code | Description | Hours | Total |
|---|---|---|---|
| 00000 | General | .00 | 438.46 |
| 00007 | Miscellaneous Motions and Objections | .80 | 256.00 |
| 00008 | Committee and Debtor Communications, Conference | 4.30 | 1,772.00 |
| 00009 | Adversary Proceedings | .40 | 128.00 |
| 00010 | Professional Retention | .30 | 102.00 |
| 00011 | Plan and Disclosure Statement Matters and Solici | 176.20 | 68,334.00 |
| 00017 | Investigation of Secured Creditor, Equipment Les | .70 | 357.00 |
| 00019 | Chapter 5 Litigation, Collection and Investigati | 1.90 | 692.00 |
| 00022 | Fee Applications | 2.90 | 1,087.00 |
| | | ------------ | ------------ |
| Totals | | 187.50 | 73,166.46 |

032113 Protective Products, Inc. - Official Com          Invoice Number 1294270
     18 JANUARY 2011                                        Page       2


     (00000) MATTER NUMBER
     RE:   General

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2010


     FOR CHARGES:
          11/01/10   PHONE CHARGES                              21.31

                     **TOTAL FOR: PHONE CHARGES**               **21.31**

          12/17/10   DUPLICATING SUMMARY User Jonathan           2.40
                     Parsons copied 12 on 12/17/2010 at
                     10:44 hrs
          12/17/10   DUPLICATING SUMMARY User Reggie           106.00
                     Redwine copied 530 on 12/17/2010 at
                     10:55 hrs
          12/20/10   DUPLICATING SUMMARY User Sharon Brown      72.00
                     copied 360 on 12/20/2010 at 12:42 hrs
          12/06/10   DUPLICATING SUMMARY User Jonathan           3.60
                     Parsons copied 18 on 12/06/2010 at
                     10:58 hrs

                     **TOTAL FOR: DUPLICATING SUMMARY**        **184.00**

          12/30/10   OTHER DATABASE SEARCH- PACER 11/30/2010    27.77

                     **TOTAL FOR: OTHER DATABASE SEARCH**       **27.77**

          12/06/10   DOCUMENT IMAGING User Jonathan Parsons      2.70
                     scanned 18 on 12/06/2010 at 11:00 hrs
          12/06/10   DOCUMENT IMAGING User Jonathan Parsons      2.70
                     scanned 18 on 12/06/2010 at 11:01 hrs
          12/06/10   DOCUMENT IMAGING User Jonathan Parsons      2.70
                     scanned 18 on 12/06/2010 at 11:00 hrs

                     **TOTAL FOR: DOCUMENT IMAGING**            **8.10**

          11/19/10   TAXICABS - CRC MANAGEMENT INC. DEST:      197.28
                     PERRINEVILLE

                     **TOTAL FOR: TAXICABS**                   **197.28**

                                                        -------------
                     CURRENT CHARGES                             438.46

                     SUBTOTAL FOR THIS MATTER                   $438.46

032113 Protective Products, Inc. - Official Com                 Invoice Number 1294270
   18 JANUARY 2011                                                  Page     3


(00007) MATTER NUMBER
RE:   Miscellaneous Motions and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2010

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 12/01/10 | GV  UTLIK | Confer with Debi Galler, counsel for the Debtors, re withdrawal of the objection of proof of claim filed by State of California. | .2 | 64.00 |
| 12/01/10 | GV  UTLIK | Review of debtors' withdrawal of objection of proof of claim filed by State of California. | .2 | 64.00 |
| 12/02/10 | GV  UTLIK | Review of debtors' public records re litigation involving Armor Works and related settlement with the Debtors. | .2 | 64.00 |
| 12/06/10 | GV  UTLIK | Due diligence re status of Lyons Financial Services v. Ceramic Protection Corporation Communications litigation. | .2 | 64.00 |

                                                          -------------
                      CURRENT FEES                           256.00


                 TIMEKEEPER TIME SUMMARY
-----------------------------------------------------------
GEORGE V. UTLIK          .8   at  $320.00 =      256.00
                        ----                  ---------
            TOTALS       0.8                     256.00

                  SUBTOTAL FOR THIS MATTER              $256.00

032113 Protective Products, Inc. - Official Com          Invoice Number 1294270
18 JANUARY 2011                                          Page        4


(00008) MATTER NUMBER
RE:   Committee and Debtor Communications, Conference

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2010

| Date | Timekeeper | | | Hours | Value |
|------|-----|-----|-----|-----|-----|
| 12/01/10 | AK | CAMPBELL | Review and draft email summary of Jaumot invoices for Committee. | .2 | 68.00 |
| 12/01/10 | GV | UTLIK | Communications with George Angelich and Debi Galler re upcoming telephone conference between counsel for the Committee, the Debtors and the CRO re Committee's First Amended Plan of Liquidation. | .2 | 64.00 |
| 12/03/10 | GV | UTLIK | Draft, review and revise e-mail to committee re status of confirmation process, including negotiations with debtors re joint plan of liquidation. | .2 | 64.00 |
| 12/13/10 | AK | CAMPBELL | Organize committee call for 12/14. | .1 | 34.00 |
| 12/14/10 | AK | CAMPBELL | Schedule committee calls for 12/14 and 12/15; correspondence with G. Utlik regarding the same. | .4 | 136.00 |
| 12/14/10 | GP | ANGELICH | Committee conference call. | .8 | 424.00 |
| 12/15/10 | GP | ANGELICH | Committee conference call. | .5 | 265.00 |
| 12/15/10 | GV | UTLIK | Participate in telephone conference with committee re terms of global settlement with debtors. | .5 | 160.00 |
| 12/19/10 | GV | UTLIK | Preparation of e-mail to committee with status, and attaching redlines of second amended plan and disclosure statement. | .2 | 64.00 |
| 12/21/10 | GV | UTLIK | Preparation of e-mail to committee with status and redlines, including amended plan and disclosure statement. | .3 | 96.00 |
| 12/21/10 | GP | ANGELICH | Confer with Debtors counsel and CRO re Ontario Action. | .3 | 159.00 |
| 12/21/10 | GP | ANGELICH | Outline issues for update to Committee. | .2 | 106.00 |
| 12/23/10 | GV | UTLIK | Prepare email to Ken Welt, proposed Creditors Trustee, with copy of the approved disclosure statement and information re upcoming conference call with the Committee. | .2 | 64.00 |
| 12/29/10 | AK | CAMPBELL | Draft email to Committee summarizing disclosure statement order and key dates. | .2 | 68.00 |

```
                                                  -------------
              CURRENT FEES                          1,772.00
```

032113 Protective Products, Inc. - Official Com                     Invoice Number 1294270
   18 JANUARY 2011                                                      Page       5


                    TIMEKEEPER TIME SUMMARY
        ----------------------------------------------------------
        GEORGE P. ANGELICH      1.8    at  $530.00 =       954.00
        ANDREA K. CAMPBELL       .9    at  $340.00 =       306.00
        GEORGE V. UTLIK         1.6    at  $320.00 =       512.00
                                ----                   ---------
             TOTALS             4.3                    1,772.00

                    SUBTOTAL FOR THIS MATTER                     $1,772.00

032113 Protective Products, Inc. - Official Com
      18 JANUARY 2011

Invoice Number 1294270
          Page       6


(00009) MATTER NUMBER
RE:   Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2010

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 12/13/10 | GV  UTLIK | Review and consideration of issues raised in complaint filed against debtors' officers and directors in Ontario Court. | .4 | 128.00 |

                                                        ------------
                        CURRENT FEES                       128.00


                    TIMEKEEPER TIME SUMMARY
-----------------------------------------------------------
GEORGE V. UTLIK          .4   at  $320.00 =      128.00
                        ----                  ---------
        TOTALS          0.4                      128.00

                  SUBTOTAL FOR THIS MATTER              $128.00

032113 Protective Products, Inc. - Official Com          Invoice Number 1294270
18 JANUARY 2011                                                    Page     7


(00010) MATTER NUMBER
RE:   Professional Retention

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2010

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 12/01/10 | AK  CAMPBELL | Review docket to prepare list for supplemental 2014. | .3 | 102.00 |

CURRENT FEES                                                  102.00


TIMEKEEPER TIME SUMMARY

| ANDREA K. CAMPBELL | .3 | at  $340.00 = | 102.00 |
|--------------------|----|---------------|--------|
| TOTALS | 0.3 | | 102.00 |

SUBTOTAL FOR THIS MATTER                              $102.00

```
032113 Protective Products, Inc. - Official Com        Invoice Number 1294270
     18 JANUARY 2011                                         Page     8
```

(00011) MATTER NUMBER
RE:   Plan and Disclosure Statement Matters and
      Solicitation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2010

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 12/01/10 | GP  ANGELICH | Review issues raised by SEC and CIBC to plan. | .8 | 424.00 |
| 12/01/10 | GV  UTLIK | Work re issues of preserving post-confirmation jurisdiction over certain litigation, and communications with George Angelich re same. | .8 | 256.00 |
| 12/01/10 | GV  UTLIK | Review of SEC's correspondence re certain carve-out language to be included as part of the Committee's plan. | .3 | 96.00 |
| 12/01/10 | GV  UTLIK | Preparation of e-mail to Jordi Guso, Debi Galler, Frank Jamout re upcoming telephone conference with dial-in information. | .2 | 64.00 |
| 12/01/10 | GV  UTLIK | Draft e-mail to Debi Galler re certain issues raised by SEC and questions re any pending litigation matters. | .4 | 128.00 |
| 12/01/10 | GV  UTLIK | Work re issues raised by the Securities and Exchange Commission concerning the Committee's First Amended Plan of Liquidation and Disclosure Statement. | 1.3 | 416.00 |
| 12/01/10 | GV  UTLIK | Work on and consider solutions to issues raised by CIBC re Committee's First Amended Plan. | .8 | 256.00 |
| 12/01/10 | GV  UTLIK | Telephone conference with Larry Glick, counsel for CIBC, re issues raised by CIBC re Committee's First Amended Plan. | .5 | 160.00 |
| 12/02/10 | GV  UTLIK | Draft, review and revise letter to Jordi Guso, counsel for debtors, addressing debtors' concerns with committee's first amended plan of liquidation and reasons for potential withdrawal of debtors' competing plan. | .9 | 288.00 |
| 12/02/10 | GV  UTLIK | Communications with Andrew Silfen and George Angelich re issues involving preservation of post-confirmation jurisdiction over certain claims. | .4 | 128.00 |
| 12/02/10 | GV  UTLIK | Communications with Andrea Campbell re drafting motion for approval of solicitation and voting procedures. | .2 | 64.00 |
| 12/03/10 | GV  UTLIK | Legal research re Eleventh Circuit's standards under Bankruptcy Rule 9019 re: recharacterization. | .6 | 192.00 |

| Date | | | Description | | |
|---|---|---|---|---|---|
| 12/03/10 | GV | UTLIK | Review of debtors' public records and consider factual background in support of claims for subordination and recharacterization of bondholders' claims. | .4 | 128.00 |
| 12/03/10 | GV | UTLIK | Review, revise and finalize letter to counsel for debtors re settlement of bondholders' claims, selection of creditor trustee and withdrawal of debtors' competing plan. | .8 | 256.00 |
| 12/03/10 | GV | UTLIK | Participate on telephone conference with debtors re potential resolution of competing plan process and debtors' issues with committee's first amended plan of liquidation. | .7 | 224.00 |
| 12/03/10 | GV | UTLIK | Confer with George Angelich re debtors' position re committee's first amended plan of liquidation. | .4 | 128.00 |
| 12/03/10 | GV | UTLIK | Review and consider comments provided by office of United States Trustee re committee's first amended plan of liquidation. | .6 | 192.00 |
| 12/03/10 | GV | UTLIK | Review and revise draft motion for approval of disclosure statement and voting procedures. | .9 | 288.00 |
| 12/03/10 | GV | UTLIK | Draft e-mail and preparation of calendar invite to debtors' counsel re upcoming follow up telephone conference with respect to remaining issues re joint plan of liquidation. | .2 | 64.00 |
| 12/03/10 | GP | ANGELICH | Revise and finalize letter to Debtors professionals re plan negotiations. | .9 | 477.00 |
| 12/03/10 | GP | ANGELICH | Conference call with Debtors counsel and Frank Jaumot re settlement of bondholders. | .7 | 371.00 |
| 12/03/10 | GP | ANGELICH | Prepare for conference call with Debtors re plan and settlement. | .4 | 212.00 |
| 12/06/10 | AK | CAMPBELL | Discussions with G. Utlik re: comments to motion to approve d/s. | .4 | 136.00 |
| 12/06/10 | GV | UTLIK | Telephone call to Debi Galler re list of bondholders and related details. | .1 | 32.00 |
| 12/06/10 | GV | UTLIK | Review of committee's draft motion for approval of disclosure statement and voting procedures and communications with Andrea Campbell re same. | 1.4 | 448.00 |
| 12/07/10 | GV | UTLIK | Preparation for telephone conference with debtors' counsel re issues of plan and bondholders. | .3 | 96.00 |
| 12/07/10 | GV | UTLIK | Telephone conference with debtors' CRO and counsel re plan and bondholders. | .4 | 128.00 |
| 12/07/10 | GV | UTLIK | Communications with George Angelich and Andrew Silfen re bondholder issues, required due diligence, potential D&O claims and related issues. | .6 | 192.00 |

032113 Protective Products, Inc. - Official Com                  Invoice Number 1294270
    18 JANUARY 2011                                                  Page     10

| | | | | | |
|---|---|---|---|---|---|
| 12/07/10 | GP | ANGELICH | Plan negotiations with Jordi Guso, Frank Jaumot, Debi Galler re bond holders. | .4 | 212.00 |
| 12/07/10 | AI | SILFEN | Conference regarding bond issues. | .4 | 324.00 |
| 12/08/10 | GV | UTLIK | Telephone conference with SEC re SEC comments to committee's plan. | .1 | 32.00 |
| 12/09/10 | GV | UTLIK | Review of comments by United States Trustee. | .3 | 96.00 |
| 12/09/10 | AK | CAMPBELL | Discussions with G. Utlik regarding case status and status of disclosure statement motion. | .3 | 102.00 |
| 12/10/10 | GV | UTLIK | Communications with SEC re comments and e-mail SEC with extension of objection to committee's disclosure statement. | .2 | 64.00 |
| 12/11/10 | GV | UTLIK | Perform due diligence and review of company's public records re issuance of bonds, issues of involvement of insiders, process of domestication, certain operations and financial conditions and preparation of e-mail to George Angelich, Andrew Silfen, Jeffrey Jordan and Denis Henderson. | 2.4 | 768.00 |
| 12/13/10 | AK | CAMPBELL | Telephone call with G. Utlik regarding strategy on disclosure statement. | .5 | 170.00 |
| 12/13/10 | AI | SILFEN | Conference regarding plan issues, formulate response. | .7 | 567.00 |
| 12/13/10 | GP | ANGELICH | Address issues related to new information from Debtors re 900 bondholders and revise plan and disclosure statement. | 3.2 | 1,696.00 |
| 12/13/10 | GV | UTLIK | Telephone calls and e-mails with Larry Glick re potential resolution of CIBC's issues and concerns. | .2 | 64.00 |
| 12/13/10 | GV | UTLIK | Telephone calls and e-mails with Glenn Moses re settlement. | .1 | 32.00 |
| 12/13/10 | GV | UTLIK | Telephone calls and e-mails with debtors re discovery, committee's objection to debtors' disclosure statement.. | .4 | 128.00 |
| 12/13/10 | GV | UTLIK | Office conferences and e-mails with George Angelich, Andrew Silfen re discovery, committee's objection to debtors' disclosure statement, strategy moving forward. | .6 | 192.00 |
| 12/13/10 | GV | UTLIK | Telephone conference with SEC re status and comments. | .2 | 64.00 |
| 12/13/10 | GV | UTLIK | Meet and work with George Angelich re comments provided by SEC. | .4 | 128.00 |
| 12/13/10 | GV | UTLIK | Review of comments by United States Trustee to committee's first amended plan of liquidation. | .4 | 128.00 |
| 12/13/10 | GV | UTLIK | Consider issues re committee's objection to debtors' disclosure statement. | .8 | 256.00 |

032113 Protective Products, Inc. - Official Com          Invoice Number 1294270
      18 JANUARY 2011                                              Page    11

| Date | | Atty | Description | Hours | Amount |
|------|---|------|-------------|-------|--------|
| 12/13/10 | GV | UTLIK | Preparation of correspondence to debtors re discovery re bondholders. | .2 | 64.00 |
| 12/13/10 | GV | UTLIK | Work with George Angelich re comments provided by United States Trustee re committee's first amended plan of liquidation and review and analyze same. | .4 | 128.00 |
| 12/13/10 | GV | UTLIK | Review and analyze bondholders issues with George Angelich, including factual background re issuance of bonds. | .4 | 128.00 |
| 12/14/10 | GV | UTLIK | Office conferences with George Angelich re CIBC's objections to committee's disclosure statement. | .2 | 64.00 |
| 12/14/10 | GV | UTLIK | Telephone conference with Zana Scarlett re comments by United States Trustee. | .2 | 64.00 |
| 12/14/10 | GV | UTLIK | Review of e-mail re bondholders and discuss same with George Angelich. | .2 | 64.00 |
| 12/14/10 | GV | UTLIK | Telephone conference with Debi Galler re bondholders and global resolution. | .3 | 96.00 |
| 12/14/10 | GV | UTLIK | Follow up telephone conference with UST re status of case and negotiations with debtors. | .3 | 96.00 |
| 12/14/10 | GV | UTLIK | Telephone conference with SEC to schedule call to review and discuss SEC comments. | .1 | 32.00 |
| 12/14/10 | GV | UTLIK | Preparation of e-mail to Debi Galler with language re treatment of bondholder claims. | .2 | 64.00 |
| 12/14/10 | GV | UTLIK | Attention to addressing SEC's comments re committee's plan and disclosure statement. | .4 | 128.00 |
| 12/14/10 | GV | UTLIK | Attention to addressing United States Trustee's comments re committee's plan and disclosure statement. | .7 | 224.00 |
| 12/14/10 | GV | UTLIK | Follow up telephone conference with Debi Galler re status of global resolution. | .1 | 32.00 |
| 12/14/10 | GV | UTLIK | Telephone conference with UST re re outstanding issues, strategy moving forward. | 1.1 | 352.00 |
| 12/14/10 | GV | UTLIK | Telephone conference with SEC to follow up on changes requested. | .8 | 256.00 |
| 12/14/10 | GV | UTLIK | Consider confirmation issues re global settlement with debtors. | .3 | 96.00 |
| 12/14/10 | GV | UTLIK | Telephone conference with Glenn Moses re submission of ballots procedures under local rules, terms of global settlement with debtors, standing to prosecute certain claims objections, emergency motion for approval of ballots, tabulation, solicitation and voting procedures and related issues. | .6 | 192.00 |

032113 Protective Products, Inc. - Official Com          Invoice Number 1294270
    18 JANUARY 2011                                              Page    12

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/14/10 | GV | UTLIK | Telephone conference with committee re status of case, negotiations with various parties in interest, including SEC, United States Trustee, CIBC and debtors. | .5 | 160.00 |
| 12/14/10 | GV | UTLIK | Review of plan provisions re indemnification issues. | .4 | 128.00 |
| 12/14/10 | GV | UTLIK | Telephone conference with Andrew Silfen re indemnification issues. | .4 | 128.00 |
| 12/14/10 | GV | UTLIK | Review and revise committee's emergency motion for approval of disclosure statement, tabulation and voting procedures. | 1.4 | 448.00 |
| 12/14/10 | GV | UTLIK | Review and revise committee's second amended disclosure statement. | 1.6 | 512.00 |
| 12/14/10 | GP | ANGELICH | Review and clarify issues with 900 bondholders raised by Debi Galler. | 1.2 | 636.00 |
| 12/14/10 | GP | ANGELICH | Conference call with United States Trustee re disclosure statement. | 1.1 | 583.00 |
| 12/14/10 | GP | ANGELICH | Conference call with SEC staff re disclosure statement. | .9 | 477.00 |
| 12/14/10 | AI | SILFEN | Conference regarding plan terms and issues. | .5 | 405.00 |
| 12/15/10 | LA | INDELICATO | Correspond with George Angelich regarding timeline of critical dates related to approval of disclosure statement and confirmation of plan; review plan documents. | .2 | 54.00 |
| 12/15/10 | GP | ANGELICH | Review CIBC limited objection to disclosure statement. | .3 | 159.00 |
| 12/15/10 | GV | UTLIK | Review of CIBC's limited objection to committee's disclosure statement. | .3 | 96.00 |
| 12/16/10 | GV | UTLIK | Review and revise plan and disclosure statement. | 3.9 | 1,248.00 |
| 12/16/10 | GV | UTLIK | Review and mark up draft of committee's emergency motion for approval of disclosure statement, tabulation and voting procedures. | 1.8 | 576.00 |
| 12/16/10 | GV | UTLIK | Review and revise ballot for GUC. | .4 | 128.00 |
| 12/16/10 | GV | UTLIK | Review and revise ballot for bondholders. | .6 | 192.00 |
| 12/16/10 | GV | UTLIK | Draft solicitation letter to general unsecured creditors. | 1.3 | 416.00 |
| 12/16/10 | GV | UTLIK | Draft solicitation letter to bondholders. | 1.4 | 448.00 |
| 12/16/10 | GV | UTLIK | Communications with Glenn Moses re settlement terms with debtors. | .4 | 128.00 |
| 12/16/10 | GV | UTLIK | Perform liquidation analysis in support of bondholder settlement as required by debtors. | 3.8 | 1,216.00 |
| 12/16/10 | GV | UTLIK | Preparation of e-mails with to United States Trustee, SEC with redlines of most recent drafts of plan and disclosure statement against last docket version to address these | .7 | 224.00 |

032113 Protective Products, Inc. - Official Com
18 JANUARY 2011

Invoice Number 1294270
Page     13

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|---|---|---|---|
| | | | parties' issues and concerns. | | |
| 12/16/10 | GP | ANGELICH | Draft letter to Debtors counsel for Frank Jaumot detailing basis for 25% settlement offer to bondholders. | 5.3 | 2,809.00 |
| 12/16/10 | GP | ANGELICH | Revise draft plan and disclosure statement. | 1.8 | 954.00 |
| 12/16/10 | LA | INDELICATO | Draft Affidavit of service of Second Amended Plan and Disclosure Statement. | .7 | 189.00 |
| 12/16/10 | AK | CAMPBELL | Discussions with G. Utlik regarding motion to approve disclosure statement. | .4 | 136.00 |
| 12/16/10 | LA | INDELICATO | Prepare for service of Second Amended Plan and Disclosure Statement by FedEx Friday evening; research FedEx drop off deadlines for nearby locations; research street addresses for governmental addresses; discuss with George Angelich. | .4 | 108.00 |
| 12/17/10 | AI | SILFEN | Conference regarding proposed revisions, issues regarding requested changes. | .7 | 567.00 |
| 12/17/10 | AI | SILFEN | Respond to SEC and UST issues, formulate response. | .6 | 486.00 |
| 12/17/10 | LA | INDELICATO | Prepare binder for hearing on approval of the disclosure statement for George Angelich. | 2.1 | 567.00 |
| 12/17/10 | LA | INDELICATO | Discussions with George Angelich and George Utlik regarding status of filing and service of second amended plan and disclosure statement. | .5 | 135.00 |
| 12/17/10 | LA | INDELICATO | Revise affidavit of service of second amended plan and disclosure statement. | .2 | 54.00 |
| 12/17/10 | GP | ANGELICH | Revise plan and disclosure statement; motion to approve disclosure statement and related exhibits. | 12.8 | 6,784.00 |
| 12/17/10 | GV | UTLIK | Review and revise committee's second amended disclosure statement. | 3.4 | 1,088.00 |
| 12/17/10 | GV | UTLIK | Review and revise committee's second amended plan. | 2.6 | 832.00 |
| 12/17/10 | GV | UTLIK | Review and revise liquidation analysis. | .4 | 128.00 |
| 12/17/10 | GV | UTLIK | Review and revise committee's emergency motion for approval of disclosure statement, tabulation and voting procedures. | 4.6 | 1,472.00 |
| 12/17/10 | GV | UTLIK | Review and revise form of ballot. | .4 | 128.00 |
| 12/17/10 | GV | UTLIK | Review and revise solicitation letters. | .8 | 256.00 |
| 12/17/10 | GV | UTLIK | Review and revise notice to voting classes. | .4 | 128.00 |
| 12/17/10 | GV | UTLIK | Review and revise notice to non-voting classes. | .7 | 224.00 |
| 12/17/10 | GV | UTLIK | Review and revise confirmation hearing notice. | .6 | 192.00 |
| 12/17/10 | AK | CAMPBELL | Draft order on disclosure statement and voting procedures. | 3.4 | 1,156.00 |

032113 Protective Products, Inc. - Official Com                    Invoice Number 1294270
        18 JANUARY 2011                                                    Page     14

| 12/17/10 | AK | CAMPBELL | Draft Notices of Voting/Non-Voting Status (to be attached to disclosure statement motion). | 2.4 | 816.00 |
|---|---|---|---|---|---|
| 12/18/10 | AK | CAMPBELL | Review and revise disclosure statement proposed order. | 1.9 | 646.00 |
| 12/18/10 | AK | CAMPBELL | Review and revise notices regarding voting/non-voting status. | .4 | 136.00 |
| 12/18/10 | GV | UTLIK | Review and revise committee's emergency motion for approval of disclosure statement, tabulation and voting procedures. | 9.6 | 3,072.00 |
| 12/18/10 | GV | UTLIK | Review and revise form of ballot. | .3 | 96.00 |
| 12/18/10 | GV | UTLIK | Review and revise solicitation letters. | .6 | 192.00 |
| 12/18/10 | GV | UTLIK | Review and revise notice to voting classes. | .3 | 96.00 |
| 12/18/10 | GV | UTLIK | Review and revise notice to non-voting classes. | .4 | 128.00 |
| 12/18/10 | GV | UTLIK | Review and revise confirmation hearing notice. | .4 | 128.00 |
| 12/18/10 | GV | UTLIK | Review and revise proposed form of order approving disclosure statement. | 1.9 | 608.00 |
| 12/19/10 | GV | UTLIK | Review and revise committee's emergency motion for approval of disclosure statement, tabulation and voting procedures, along with various exhibits to be attached to documents. | 12.6 | 4,032.00 |
| 12/19/10 | GV | UTLIK | Draft response to CIBC's limited objection. | .9 | 288.00 |
| 12/19/10 | GV | UTLIK | Preparation of e-mail to Glenn Moses with documents for filing. | .6 | 192.00 |
| 12/19/10 | AK | CAMPBELL | Correspondence with G. Utlik regarding plan and disclosure statement. | .2 | 68.00 |
| 12/20/10 | AK | CAMPBELL | Draft list of potential avoidance action defendants. | 3.1 | 1,054.00 |
| 12/20/10 | GV | UTLIK | Revise and finalize documents for filing, including committee's motion on approval of disclosure statement and solicitation procedures, proposed form of order, exhibits to motion and communications with George Angelich and co-counsel re same. | 6.2 | 1,984.00 |
| 12/20/10 | GV | UTLIK | Telephone call to Debi Galler re debtors' withdrawal of their plan and disclosure statement. | .1 | 32.00 |
| 12/20/10 | GV | UTLIK | Negotiations with CIBC and communications with George Angelich re resolution of CIBC's objection; review of proposed language. | .4 | 128.00 |
| 12/20/10 | GV | UTLIK | Negotiations with debtors and communications with George Angelich re proposed changes to committee's second amended plan and disclosure statement. | .4 | 128.00 |
| 12/20/10 | GV | UTLIK | Review and revise disclosure statement and plan to adopt changes proposed by CIBC and debtors. | .6 | 192.00 |

032113 Protective Products, Inc. - Official Com                    Invoice Number 1294270
      18 JANUARY 2011                                              Page     15

| | | | | | |
|---|---|---|---|---|---|
| 12/20/10 | GV | UTLIK | Preparation for hearing on approval of disclosure statement, including drafting outline for Court presentation. | 2.4 | 768.00 |
| 12/20/10 | GV | UTLIK | Discussions and negotiations with Susan Beard of SEC re certain notice and solicitation provisions to shareholders and other issues with committee's second amended disclosure statement and plan. | .8 | 256.00 |
| 12/20/10 | GV | UTLIK | Communications with George Angelich in preparation for hearing on approval of committee's disclosure statement. | .6 | 192.00 |
| 12/20/10 | GP | ANGELICH | Revise and finalize plan and disclosure statement based on final negotiations with UST, SEC, CIBC and Debtors. | 4.8 | 2,544.00 |
| 12/20/10 | GP | ANGELICH | Revise and finalize motion to approve disclosure statements and all exhibits to incorporate and reflect comments of SEC. | 2.4 | 1,272.00 |
| 12/20/10 | GP | ANGELICH | Travel to Fort Lauderdale. (billed at 50%) | 2.2 | 1,166.00 |
| 12/20/10 | GP | ANGELICH | Prepare for hearing on plan and disclosure statement. | 1.3 | 689.00 |
| 12/21/10 | GP | ANGELICH | Return travel from Fort Lauderdale. (billed at 50%) | 2.6 | 1,378.00 |
| 12/21/10 | GP | ANGELICH | Prepare for disclosure statement hearing. | .7 | 371.00 |
| 12/21/10 | GP | ANGELICH | Wait time for disclosure statement hearing. | 2.3 | 1,219.00 |
| 12/21/10 | GP | ANGELICH | Attend and present disclosure statement and receive Bankruptcy Court approval. | .4 | 212.00 |
| 12/21/10 | GP | ANGELICH | Revise Disclosure Statement Order and all exhibits for finalizing and submission to Chambers. | 2.3 | 1,219.00 |
| 12/21/10 | AK | CAMPBELL | Draft email summarizing motion to aprove disclosure statement to Committee. | .3 | 102.00 |
| 12/21/10 | GV | UTLIK | Quick legal research re 11th circuit standards on approval of third party releases and injunction in a plan. | .4 | 128.00 |
| 12/21/10 | GV | UTLIK | Review and revise disclosure statement order. | .2 | 64.00 |
| 12/21/10 | GV | UTLIK | Review and revise exhibits 2-9 to motion, preparation of redline and submit to parties for final review and comment. | 2.4 | 768.00 |
| 12/21/10 | GV | UTLIK | Review and revise plan, disclosure statement and disclosure statement order; preparation of redlines for same and submit to parties for final review and comment. | 2.3 | 736.00 |

032113 Protective Products, Inc. - Official Com          Invoice Number 1294270
   18 JANUARY 2011                                              Page    16

| Date | | Name | Description | Hours | Amount |
|------|---|------|-------------|-------|--------|
| 12/21/10 | GV | UTLIK | Communications with George Angelich with respect to preparations for hearing on approval of committee's disclosure statement. | .6 | 192.00 |
| 12/22/10 | GV | UTLIK | Review and revise exhibits to address SEC additional issues. | .4 | 128.00 |
| 12/22/10 | GV | UTLIK | Review and finalize all documents for filing and forward to Glenn Moses for filing. | .6 | 192.00 |
| 12/22/10 | GV | UTLIK | Communications with Glenn Moses re service of solicitation package. | .2 | 64.00 |
| 12/23/10 | GV | UTLIK | Conference call with George Angelich, Glenn Moses and Heather Harmon re service of documents, objections to certain claims and further strategy. | .6 | 192.00 |
| 12/23/10 | GP | ANGELICH | Confer with Glenn Moses re service of documents and solicitation package. | .6 | 318.00 |
| 12/27/10 | GP | ANGELICH | Follow-up regarding plan service issues. | .2 | 106.00 |
| 12/27/10 | GV | UTLIK | Review docket re missing order approving disclosure statement and prepare email to Glenn Moses re status of the order approving the disclosure statement. | .1 | 32.00 |
| 12/27/10 | AK | CAMPBELL | Correspondence with G. Angelich regarding Rule 2004 examination. | .1 | 34.00 |
| 12/28/10 | GV | UTLIK | Review court docket whether the order approving the disclosure statement has been entered. | .1 | 32.00 |
| 12/29/10 | GP | ANGELICH | Review Disclosure Statement Order entered by Court. | .2 | 106.00 |
| 12/29/10 | AK | CAMPBELL | Review order approving disclosure statement and calendar dates set therein. | .4 | 136.00 |

```
                                                    -------------
            CURRENT FEES                             68,334.00
```

```
                        TIMEKEEPER TIME SUMMARY
         ------------------------------------------------------
         ANDREW I. SILFEN       2.9   at  $810.00 =    2,349.00
         GEORGE P. ANGELICH    49.8   at  $530.00 =   26,394.00
         ANDREA K. CAMPBELL    13.8   at  $340.00 =    4,692.00
         GEORGE V. UTLIK      105.6   at  $320.00 =   33,792.00
         LISA INDELICATO        4.1   at  $270.00 =    1,107.00
                               ----                ----------
              TOTALS          176.2                 68,334.00

              SUBTOTAL FOR THIS MATTER              $68,334.00
```

032113 Protective Products, Inc. - Official Com          Invoice Number 1294270
18 JANUARY 2011                                               Page      17


(00017) MATTER NUMBER
RE:    Investigation of Secured Creditor, Equipment Lessors

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2010

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 12/14/10 | AC  UDIN | Meeting with George Angelich and George Utlik to discuss the position that the subordinated bondholders security interests were not perfected for Disclosure Statement. | .3 | 153.00 |
| 12/14/10 | AC  UDIN | Researched whether the subordinated bondholders security interests were not perfected and provided findings to George Utlik for Disclosure Statement. | .4 | 204.00 |

                                                        ------------
                        CURRENT FEES                       357.00


                 TIMEKEEPER TIME SUMMARY
-----------------------------------------------------------
ANDREW C. UDIN          .7    at   $510.00 =     357.00
                       ----                   ---------
        TOTALS          0.7                      357.00

                 SUBTOTAL FOR THIS MATTER              $357.00

032113 Protective Products, Inc. - Official Com       Invoice Number 1294270
18 JANUARY 2011                            Page   18

(00019) MATTER NUMBER
RE:   Chapter 5 Litigation, Collection and Investigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2010

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|------|-------|
| 12/02/10 | GV UTLIK | Begin compiling list of defendants for post-confirmation jurisdiction. | .7 | 224.00 |
| 12/02/10 | GV UTLIK | Begin work on memorandum for creditor trustee re post-confirmation investigation and outstanding items. | .8 | 256.00 |
| 12/13/10 | GP ANGELICH | Review Ontario complaint and confer with George Utlik re same. | .4 | 212.00 |

CURRENT FEES                                   692.00

TIMEKEEPER TIME SUMMARY

| | Hours | | Rate | | Amount |
|---|------|---|------|---|--------|
| GEORGE P. ANGELICH | .4 | at | $530.00 = | | 212.00 |
| GEORGE V. UTLIK | 1.5 | at | $320.00 = | | 480.00 |
| TOTALS | 1.9 | | | | 692.00 |

SUBTOTAL FOR THIS MATTER              $692.00

032113 Protective Products, Inc. - Official Com                     Invoice Number 1294270
     18 JANUARY 2011                                                 Page        19


(00022) MATTER NUMBER
RE:    Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH: DECEMBER 31, 2010

| Date | Timekeeper | | | Hours | Value |
|------|-----------|---|---|-------|-------|
| 12/02/10 | GV | UTLIK | Consider issues re preparation and filing of final fee application. | .3 | 96.00 |
| 12/02/10 | AK | CAMPBELL | Research items necessary for final fee application; correspondence with G. Angelich and E. Rodriguez re: the same; review compensation procedures. | 1.3 | 442.00 |
| 12/03/10 | LA | INDELICATO | Discussion with Elison Rodriguez regarding status of billing. | .1 | 27.00 |
| 12/08/10 | AK | CAMPBELL | Follow up with G. Angelich regarding November fees. | .1 | 34.00 |
| 12/10/10 | AK | CAMPBELL | Correspondence with G. Moses and G. Angelich regarding November fees. | .1 | 34.00 |
| 12/13/10 | AK | CAMPBELL | Correspondence related to November invoice. | .1 | 34.00 |
| 12/20/10 | AK | CAMPBELL | Email to Committee chair regarding Arent Fox November fees. | .1 | 34.00 |
| 12/24/10 | GP | ANGELICH | Confer and coordinate re fee application deadlines and CRG fee application. | .6 | 318.00 |
| 12/29/10 | AK | CAMPBELL | Email to local counsel regarding final and interim fee application deadlines; correspond with G. Angelich regarding the same. | .2 | 68.00 |

```
                                                        -------------
              CURRENT FEES                                  1,087.00
```

```
                   TIMEKEEPER TIME SUMMARY
       --------------------------------------------------------
       GEORGE P. ANGELICH       .6   at  $530.00 =      318.00
       ANDREA K. CAMPBELL      1.9   at  $340.00 =      646.00
       GEORGE V. UTLIK          .3   at  $320.00 =       96.00
       LISA INDELICATO          .1   at  $270.00 =       27.00
                               ----                  ---------
              TOTALS           2.9                    1,087.00

                   SUBTOTAL FOR THIS MATTER             $1,087.00
```

032113 Protective Products, Inc. - Official Com                    Invoice Number 1294270
   18 JANUARY 2011                                                      Page     20


                    SUMMARY OF CHARGES
                    ------------------


          TOTAL FOR: PHONE CHARGES                    21.31
          TOTAL FOR: DUPLICATING SUMMARY             184.00
          TOTAL FOR: OTHER DATABASE SEARCH            27.77
          TOTAL FOR: DOCUMENT IMAGING                  8.10
          TOTAL FOR: TAXICABS                        197.28

032113 Protective Products, Inc. - Official Com
18 JANUARY 2011

Invoice Number 1294270
Page    21

| | Area of Expertise, Year Admitted | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| ANDREW I. SILFEN | BR, 1986 (NJ), 1987 (NY) | 2.90 | 810.00 | 2,349.00 |
| GEORGE P. ANGELICH | BR, 2000 (PA), 2003 (DC), 2005 (NY) | 52.60 | 530.00 | 27,878.00 |
| **ASSOCIATES** | | | | |
| ANDREW C. UDIN | BR, 2008 (FL), 2009 (VA, DC) | .70 | 510.00 | 357.00 |
| ANDREA K. CAMPBELL | BR, 2008 (NY, NJ) | 16.90 | 340.00 | 5,746.00 |
| GEORGE V. UTLIK | | 110.20 | 320.00 | 35,264.00 |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | 4.20 | 270.00 | 1,134.00 |
| | | 187.50 | | 72,728.00 |

Blended Rate: 387.88

BF:        Banking and Finance
BR:        Bankruptcy and Reorganization
CORP:      Corporate
EMPL:      Employment Law
HEALTH:    Health Law
INTL:      International Law
LDR:       Litigation Dispute Resolution
RE:        Real Estate

032113 Protective Products, Inc. - Official Com                    Invoice Number 1294270
     18 JANUARY 2011                                                    Page     22


                    CURRENT CHARGES FOR ALL MATTERS                    438.46

                    CURRENT FEES FOR ALL MATTERS                    72,728.00

                    TOTAL AMOUNT OF THIS INVOICE                   $73,166.46

## ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

```
Protective Products, Inc. - Official Committee of Unsecured      Invoice Number  1294270
Creditors                                                        Invoice Date    01/18/11
                                                                 Client Number   032113
```

----------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**                          **$73,166.46**

**PLEASE REMIT PAYMENT BY CHECK TO THE FOLLOWING ADDRESS:**

```
          Arent Fox LLP
          P.O. Box 644672
          Pittsburgh, PA  15264-4672
```

**WIRING INSTRUCTIONS (if applicable):**

```
Bank:                 PNC BANK
Address:              800 Connecticut Avenue NW
                      Washington, DC 20006
ABA#:                 031000053
SWIFT CODE:           PNCCUS33 (for international use)
Account #:            5559763933
Beneficiary Name:     Arent Fox LLP
Beneficiary Address:  1050 Connecticut Ave., NW
                      Washington, DC 20036

     Please reference the following:
                      Client #        032113
                      Client Name     Protective Products, Inc. - Official Committee of U
                      Invoice Number  1294270
```

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.