**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

PPOA HOLDING, INC., *et al.*,[1]

             Debtors.

_____/

Case No. 10-10711-BKC-JKO
Chapter 11 Cases
(Jointly Administered)

**SUMMARY OF FINAL FEE APPLICATION**
**OF ARENT FOX LLP AS CO-COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | | |
|---|---|---|
| 1. | Name of Applicant | Arent Fox LLP |
| 2. | Role of Applicant | Co-Counsel to the Official Committee of Unsecured Creditors |
| 3. | Name of Certifying Professional | George P. Angelich |
| 4. | Date Case Filed | January 13, 2010 |
| 5. | Date of Application for Employment | February 8, 2010 |
| 6. | Date of Order Approving Employment | February 22, 2010 *nunc pro tunc* to January 28, 2010 |
| 7. | If Debtors' Counsel, Date of Disclosure of Compensation Form | N/A |
| 8. | Date of this Application | February 8, 2011 |
| 9. | Date of Services Covered | January 28, 2010 to January 31, 2011 |
| 10. | If Case is Chapter 7, Amount Trustee has On Hand | N/A |
| | **Fees** | |
| 11. | Total Fees Requested for this Period: (From <u>Exhibit A</u>) | $783,269.50 |
| 12. | Balance Remaining in Fee Retainer Account, Not Yet Awarded | $0.00 |
| 13. | Fees Paid or Advanced for this Period, by Other Sources | $0.00 |
| 14. | **Net Amount of Fees Requested for this Period** | **$783,269.50** |

---

[1] The name and last four digits of the taxpayer identification number for each of the Debtors follows in parenthesis:  (i) PPOA Holding, Inc. f/k/a Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) CP Corporation of America, Inc. f/k/a Ceramic Protection Corporation of America (7305); (iv) PPI International Corp. f/k/a Protective Products International Corp. (7373); and (v) PPNC, LLC f/k/a Protective Products of North Carolina, LLC (0927).  The address for the Debtors is c/o Ahearn Jasco & Company, P.A., Attn. Frank E. Jaumot, CPA, 190 Southeast 19th Avenue, Pompano Beach, Florida 33060.

NYC/566148.2

**Expenses**

| | | |
|---|---|---|
| 15. | Total Expense Reimbursement Requested for this Period (<u>From Exhibit C</u>) | $9,852.41 |
| 16. | Balance Remaining in Expense Retainer Account, Not Yet Rewarded | $0.00 |
| 17. | Expenses Paid or Advanced for this Period, by Other Sources | $0.00 |
| 18. | **Net Amount of Expense Reimbursements Requested for this Period** | **$9,852.41** |
| 19. | Gross Award Requested for this Period (#11 + #15) | $793,121.91 |
| 20. | **Net Award Requested for this Period (#14 + #18)** | **$793,121.91** |
| 21. | If Final Fee Application, Amounts of Net Awards Requested in Interim Applications but Not Previously Awarded (Total From History of Fees And Expenses, following pages) | N/A |
| 22. | Final Fee and Expense Reward Requested (#20 + #21) | $793,121.91 |
| 23. | Estimated Fees from February 1, 2011 through Effective Date (Estimated to be March 15, 2011) | $70,000.00 |
| 24. | Estimated Expenses from February 1, 2011 through Effective Date | $2,500.00 |

## History of Fees and Expenses

1. Dates, Sources and Amounts of Retainers Received:  N/A
2. Dates, Sources and Amounts of Third Party Payments Received: N/A
3. Prior Fee and Expense Rewards:

NYC/566148.2

| FILING DATE & DOCKET NO. | PERIOD COVERED | TOTAL FEES REQUESTED | TOTAL EXPENSES REQUESTED |
|---|---|---|---|
| First Interim Fee Application May 14, 2010 Docket No. 227 | January 28, 2010 - April 30, 2010 | $378,848.00 | $5,241.83 |
| Second Interim Fee Application September 10, 2010 Docket No. 296 | May 1, 2010 – August 31, 2010 | $200,183.00 | $1,122.66 |
| Third Interim Fee Application January 19, 2011 Docket No. 393 | September 1, 2010 – December 31, 2010 | $193,076.00 | $1,339.90 |
| **Total** | **N/A** | **$772,107.00** | **$7,704.39** |

## Certification

1.      I have been designated by Arent Fox LLP (the "Arent Fox" or "Applicant") as the professional with responsibility in these cases for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2.      I have read Arent Fox's application for compensation and reimbursement of expenses (the "Application").  The Application complies with the Guidelines, and the fees and expenses fall within the Guidelines, except as specifically noted in this Certification and described in the Application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described in Exhibit 2, the Applicant is seeking reimbursement in accordance with the Applicant's customary rates in cases of this nature.

-3-

5.    In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.    The trustee (if any), the examiner (if any), the chairperson of each official committee (if any), the Debtors, the US Trustee, and their respective counsels, will be mailed, simultaneously with the filing of the Application with this Court, a complete copy of the Application (including all relevant exhibits).

7.    The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: None.

**I HEREBY CERTIFY** that the foregoing is true and correct.


Dated:   New York, New York
         February 8, 2011

ARENT FOX LLP
Counsel for the Official Committee of
Unsecured Creditors
1675 Broadway
New York, NY 10019
Telephone:  (212) 484-3900
Facsimile:  (212) 484-3990

By:    */s/ George P. Angelich*_____
       George P. Angelich
       angelich.george@arentfox.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

PPOA HOLDING, INC., *et al.*,[2]

            Debtors.

_____/

Case No. 10-10711-BKC-JKO
Chapter 11 Cases
(Jointly Administered)

**FINAL FEE APPLICATION OF**
**ARENT FOX LLP AS CO-COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Rule 2016-1, the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases (the "Guidelines"), and this Court's Order Granting Debtors' Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expense for Professionals (the "Professional Compensation Order"), Arent Fox LLP ("Arent Fox") hereby files its Final Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors (the "Committee") of PPOA Holding, Inc., *et al.* (collectively, "the Debtors") for the Period from January 28, 2010 through January 31, 2011 (the "Application"). By this Application, Arent Fox seeks final allowance of $783,269.50 for compensation and of $9,852.41 for reimbursement of actual and necessary expenses for a

---

[2]    The name and last four digits of the taxpayer identification number for each of the Debtors follows in parenthesis: (i) PPOA Holding, Inc. f/k/a Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) CP Corporation of America, Inc. f/k/a Ceramic Protection Corporation of America (7305); (iv) PPI International Corp. f/k/a Protective Products International Corp. (7373); and (v) PPNC, LLC f/k/a Protective Products of North Carolina, LLC (0927). The address for the Debtors is c/o Ahearn Jasco & Company, P.A., Attn. Frank E. Jaumot, CPA, 190 Southeast 19th Avenue, Pompano Beach, Florida 33060.

NYC/566148.2

total of $793,121.91 for the period from January 28, 2010 through and including January 31, 2011 (the "Compensation Period").

Further, pursuant to local practice, Arent Fox will file a supplemental application (estimated to be filed sometime in March) for allowance of compensation for services rendered and for reimbursement of expenses incurred for the period from February 1, 2011 through the Effective Date of the Plan, as well as for certain necessary post-confirmation services (the "Supplemental Final Fee Application"). While the Supplemental Final Fee Application will provide for the exact amount of fees and expenses, Arent Fox currently estimates these fees to be approximately $70,000 and expenses of $2,500 in addition to those requested during the Compensation Period. In support of this Application, Arent Fox respectfully represents as follows:

<u>**Background**</u>

1.      On January 13, 2010, each of the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Court"). The Debtors remain in possession of their assets as debtors in possession ("DIP") pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.      On January 27, 2010, the Office of the United States Trustee (the "UST") appointed the Committee [D.E. No. 82].

3.      On January 28, 2010, at a meeting during which a majority of the Committee members attended, the Committee elected to retain Arent Fox as counsel, subject to approval by this Court. On February 22, 2010, the Court approved the retention of Arent Fox as counsel to the Committee *nunc pro tunc* to January 28, 2010 [D.E. No. 139]. Genovese, Joblove and Battista, P.A. was retained as co-counsel to the Committee.

-6-

**Monthly Fee Statements**

4.    Pursuant to the Professional Compensation Order, Arent Fox has been submitting monthly invoices to the Debtors and their counsel, Canadian Imperial Bank of Commerce ("CIBC") and their counsel, and the UST, requesting payment of fees and expense incurred for the preceding month.  As of the date of this Application, Arent Fox has received payment, on an interim basis, of $504,207.54.

5.    On February 7, 2011, Arent Fox submitted its monthly invoice for services rendered and expenses incurred in January of 2011.

**Final Application**

6.    As reflected below, Arent Fox has devoted time and resources to its representation of the Committee.  Arent Fox seeks compensation only for services rendered and expenses incurred in connection with the performance of duties required by the Bankruptcy Code and/or pursuant to Orders of this Court, and only at the direction of the Committee.  Arent Fox, on behalf of the Committee, devoted significant time representing interests of the unsecured creditors in connection with matters, including, but not limited to:

(a) preserving and enhancing value in connection with the sale of substantially all of the Debtors' assets;

(b) reviewing pleadings, analyzing issues, filing a formal objection, and monitoring the auction related to the sale of substantially all of the Debtors' assets;

(c) investigating claims and liens of the Debtors' secured pre-petition and post-petition lender, CIBC;

(d) defending against the adversary complaint filed by CIBC against both the Committee and the Debtors seeking, among other things, declaratory judgment;

-7-

(e) engaging in settlement discussions and drafting a stipulation with CIBC resolving matters subject to the CIBC adversary proceeding;

(f) corresponding and working cooperatively with the Debtors' counsel regarding various matters, including the terms of the settlement agreement with CIBC, potential joint plan of liquidation, liquidation analyses, and disclosure statement;

(g) investigating claims, and allegedly secured status, of holders of subordinated debentures issued by the Debtors' predecessor or affiliate, Ceramic Protection Corporation;

(h) analyzing issues surrounding potential distributions to creditors of the estates;

(i) reviewing and negotiating the terms of the Debtors' plan of liquidation;

(j) formulating and drafting the Committee's proposed plan of liquidation involving negotiations with various parties in interest, including counsel for the Debtors, CIBC, UST, and Securities and Exchange Commission (the "SEC"); and

(k) investigating claims asserted against the Debtors to streamline the confirmation process.

7.      Four exhibits are attached to this Application.  Exhibit A is the Summary of Professional and Paralegal Time.  Exhibit B is the Summary of Professional Time by Activity Code.  Exhibit C is the Expense Category Summary.  Exhibit D is the Detailed Time Records.

**<u>Description of Services Rendered</u>**

8.      Arent Fox prepared its retention application and, on behalf of the Committee, engaged in substantive negotiations with parties in interest, including the Debtors and CIBC, regarding the pleadings filed with the Court.  Arent Fox, on behalf of the Committee, among other things, monitored the sale of substantially all of the Debtors' assets, drafted objections

NYC/566148.2

necessary to protect the interests of unsecured creditors, dealt with the adversary proceeding commenced by CIBC, drafted and negotiated a plan of liquidation for the Debtors, and performed all other necessary professional services which are described and narrated in detail below.

9.      Throughout the duration of these cases, Arent Fox, on behalf of the Committee, has worked cooperatively with various parties in interest in attempt to avoid undue litigation and to consensually resolve a multitude of issues not only to preserve assets of these estates but also to create value.  Many of those negotiations occurred in private and were not brought to Court and thereby avoided the need for judicial intervention.  In addition, the Committee has taken the lead in investigating several key issues, defending the estates against a lawsuit brought by CIBC, and proposing a plan.

10.      The services rendered by Arent Fox during the Compensation Period can be grouped into the categories generally described below, and a more detailed identification of the actual services is provided on **Exhibit D**.  The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibits A and B**.

    A.      Petition, Schedules, First Day Order (01)

        Fees:   $2,374.00        Total Hours:   7.2

This category includes time spent reviewing and analyzing the Debtors' petitions, first day pleadings and motions, first day orders entered by the Court, the Debtors' schedules of assets and liabilities, including the amended schedules of assets and liabilities, and the Debtors' statements of financial affairs.

B.     Case Management and Operating Reports (02)

Fees:    5,098.50              Total Hours:   14.4

This category includes time spent reviewing and analyzing certain administrative motions and orders related to these cases, including the Debtors' monthly operating reports.  Certain administrative tasks are included in this category, such as preparing and revising the Committee Bylaws; preparing and revising *pro hac vice* motions for admission of Arent Fox professionals; and organizing and maintaining an ongoing list of critical dates and deadlines, as well as open action list of items to be investigated and/or completed by the Committee and its professionals. Finally, this category includes time spent discussing status of these cases with the UST and the estates professionals.

C.     Corporate and Business Matters (03)

Fees:    $2,816.00              Total Hours:   6.1

This category includes time spent reviewing and analyzing the Debtors' public filings, including the Debtors' board minutes, SEC filings, corporate bylaws and Canadian public filings.

D.     Sale and Disposition of Assets (04)

Fees:    $87,078.50              Total Hours:   178.8

This category includes time spent representing the interests of the unsecured creditors in all aspects of the sale of substantially all of the Debtors' assets.  When the Committee was appointed, the Debtors had already filed an asset purchase agreement (the "APA") and a motion to approve such sale.  Arent Fox, at the direction of the Committee, worked quickly to familiarize the Committee with the terms of the proposed sale and all of the subsequent revisions to the APA.  In connection with the APA, Arent Fox devoted time analyzing the offer of the stalking horse bidder and the potential for a higher bid based on previous offers received by the

-10-

Debtors for their assets, and analyzing various other issues related to the APA, including, but not limited to, the inclusion of the Debtors' tax refunds in the sale price, the transfer of government contracts (and the Debtors' Subcontract Agreement), the transfer of certain D&O claims, the cure costs associated with the sale, the potential avoidance actions sold, and a cost/benefit analysis (sale alternatives) of the possibility of a liquidation of the Debtors' assets.  Further, Arent Fox, on behalf of the Committee, prepared a list of issues and concerns, drafted and filed a formal objection to the sale motion and the amended APA, and participated in and monitored the auction which resulted in an enhanced purchase price.

Time in this category also relates to attendance of the Court hearing related to the sale. Further, after the closing of the sale of substantially all of the Debtors' assets, Arent Fox, on behalf of the Committee, spent time discussing with the Debtors and analyzing issues related to a possible sale of the Debtors' public shell.

E.       Asset Analysis and Recovery (05)

Fees:     $7,334.00          Total Hours:   21.7

This category includes time spent reviewing the Debtors' assets and considering their value, including, but not limited to, certain unencumbered assets, potential tax refunds, potential D&O claims, causes of action, and avoidance actions, as well as analyzing the value or accuracy of any liens asserted thereon.  This category also includes time spent conducting legal research on certain issues related to the validity of liens on certain intangible and/or unencumbered assets.

F.       Claims Administration and Objections (06)

Fees:     $7,432.00          Total Hours:   16.2

This category includes time spent reviewing various claims and claim-related filings, including a review of the motion to establish an administrative bar date and the Debtors'

-11-

objection to claim of California Franchise Tax Board.  It also includes time related to the analysis of certain claims against the Debtors' estates, including, but not limited to, claims asserted by holders of subordinated debentures, certain federal and state tax claims, and the administrative claim asserted by CIBC, and an investigation into the nature and validity of such claims, as well as the preparation and prosecution of claims objections.

G.    Miscellaneous Motions and Objections (07)

Fees:    $25,628.50    Total Hours:    51.2

This category includes time spent reviewing certain motions, responses, and proposed settlements filed by the Debtors and other parties in interest in these cases and related proceedings.  Where necessary, and in accordance with the Committee's direction, Arent Fox engaged in negotiations with the Debtors' and/or opposing counsel.  This category also includes time preparing for and attending Court hearings related to such motions and objections.

H.    Committee and Debtor Communications, Conference (08)

Fees:    $89,332.50    Total Hours:    201.4

This category includes time spent engaging in various communications with the Committee and the Debtors.  The Committee and Arent Fox conducted regular Committee conference calls as necessary to discuss relevant issues and decide upon strategy and course of action with regard to the various matters pending in these cases, including, but not limited to, the sale of the Debtors' assets, the possible addition of new Committee members, the investigation into CIBC's claims and liens, response to CIBC's adversary complaint against the Committee, settlement terms with the CIBC, formulation of a plan of liquidation, and settlement proposal to the holders of subordinated debentures.  Further, Arent Fox drafted summaries and periodic updates via email to the Committee to describe various pleadings and motions filed in these

-12-

cases, summarize the results of Court hearings, educate the Committee on various issues and provide general case status.  Arent Fox also fielded numerous telephone calls and emails from the Committee members regarding various issues.  In addition, Arent Fox worked with the Debtors throughout these cases, and corresponded regularly with the Debtors' counsel and executives on many issues.

I.    <u>Adversary Proceedings (09)</u>

Fees:    $21,681.00         Total Hours:   66.7

This category includes time spent reviewing and analyzing the complaint filed by CIBC against the Debtors and the Committee, as well as investigating the validity of claims contained therein.  It also includes time spent discussing and developing a strategy for the Committee's response to CIBC's complaint and parameters of a potential settlement.  Further, this category includes time negotiating with CIBC on the terms of a stipulation providing for a conditional payout of the principal amount of CIBC's claim and eventual settlement of the adversary proceeding.  Arent Fox worked cooperatively with CIBC and the Debtors to draft and file certain court documents seeking approval of the conditional payment to CIBC, including both the settlement agreement and motion for approval of the settlement agreement.   This category further includes time spent reviewing documents and analyzing issues related to that certain class action complaint filed by the Debtors' shareholders in Ontario, Canada against the Debtors' former directors and officers.

J.    <u>Professional Retention (10)</u>

Fees:    $27,208.00         Total Hours:   71.6

This category includes time spent on various professional retention issues. The Committee, along with Arent Fox, reviewed the retention of, and compensation arrangements

-13-

with, the Debtors' various professionals, including Frank Jaumot as the Debtors' Chief
Restructuring Officer; Bayshore Partners, LLC as their Investment Bankers, and Ernst & Young
as their accountant, and drafted and filed limited objections, as well as informal objections,
thereto.  This category further includes time spent preparing and ensuring compliance with Rule
2014 and drafting an application and declaration, as well as supplemental declarations, in support
of the retention of Arent Fox.

      K.      <u>Plan and Disclosure Statement Matters and Solicitation (11)</u>

      Fees:    $225,051.50      Total Hours:  593.5

This category includes time devoted by Arent Fox to formulating, drafting, and revising
the Committee's proposed plan of liquidation and supporting disclosure statement.  This
category also includes time devoted by Arent Fox to reviewing the Debtor's initial draft plan and
disclosure statement, and time spent discussing and negotiating certain plan related issues with
the Debtors, including the Debtors' motions to extend exclusivity and potential terms of a joint
plan of liquidation, which resulted in the Debtors withdrawing their competing plan of
liquidation.  Further, this category includes time spent by Arent Fox discussing and negotiating
the terms of the Committee's plan and subsequent revisions to the amended plan with the various
parties in interest, including counsel for the Debtors, CIBC, SEC, and UST.  It also includes time
spent by Arent Fox analyzing issues and performing factual and legal research with regard to the
plan and disclosure statement, including treatment of various claims asserted by CIBC, the
claims of holders of subordinated debentures, certain state tax claims, and indemnification
claims.  In addition, this category includes time spent drafting the Committee's motion to
approve the disclosure statement and proposed solicitation and voting procedures; the
Committee's solicitation package, including various confirmation notices, ballots, and letter; and

-14-

the proposed order approving the disclosure statement, scheduling the confirmation hearing, and providing for related dates and deadlines.

      L.       <u>Cash Collateral and DIP Financing (12)</u>

           Fees:    $58,287.00         Total Hours:   129.7

This category includes time spent reviewing and analyzing the Debtors' motion for approval of DIP financing, DIP budget, and amended DIP credit agreement and order. It also includes extensive correspondence and negotiations between Arent Fox, the Debtors' counsel and CIBC's counsel regarding the Committee's issues and concerns with regard to the proposed DIP financing terms and order. Arent Fox, at the direction of the Committee, also drafted a formal objection to the DIP financing, and later drafted a limited objection to entry of a final DIP order which the court converted to a Motion to Vacate the Interim DIP Order and a negotiated resolution thereof. This category further includes attendance at the various related hearings.

      M.       <u>Real Estate and Leasing and Executory Contracts (14)</u>

           Fees:    $1,232.00          Total Hours:   3.4

This category includes time spent reviewing, analyzing, and summarizing for the Committee of the Debtors' motion to reject certain executory contracts pursuant to the terms of the APA, reviewing certain contracts contained therein, and discussing with the Debtors' counsel revisions to the proposed rejection order.

      N.       <u>Creditor Inquiries (15)</u>

           Fees:    $219.00          Total Hours:   0.3

This category includes time spent responding to various creditors regarding case status and possible disposition of certain claims, potential distributions, and claims objections.

      O.         <u>Investigation of Secured Creditor, Equipment Lessors, Lienholders (17)</u>

            Fees:    $176,601.00       Total Hours:   377.0

This category includes time spent planning and investigating claims and liens asserted by the Debtors' secured creditors.  Arent Fox, on behalf of the Committee, conducted extensive due diligence with regard to CIBC's claims and liens, their validity, value and extent, and negotiated extensively with CIBC with regard to document and information sharing requests to conduct such due diligence.  Arent Fox also spent time researching and drafting a comprehensive memorandum to the Committee detailing possible claims against CIBC and Arent Fox's recommendations with regard to such claims.  Further, Arent Fox, at the Committee's request, conducted extensive due diligence and investigation with regard to the alleged secured status of holders of subordinated debentures and their claims.

      P.         <u>Chapter 5 Litigation, Collection and Investigation (19)</u>

            Fees:    $17,938.00       Total Hours:   43.8

This category includes time spent reviewing potential causes of action, collection and recoveries in these cases, including review of potential avoidance actions sold to the purchaser of the Debtors' assets, the D&O policy and claims arising thereunder, the allocation of the purchase price to certain purchased claims, and any potential post-confirmation litigation.  It also includes time spent reviewing and analyzing various documents produced by the Debtors, including, but not limited to, tax returns and backup information, board minutes, documents related to subordinated debentures, documents related to the Debtors' secured debt owed to CIBC, and documents related to the Debtors' former employees, as well as review of the class action asserted by certain shareholders in Toronto, Canada.  Although this category is labeled "Chapter

5 Litigation, Collection and Investigation", it more broadly includes those litigation issues and investigations that represent potentially significant estate claims and interests.

Q.    <u>Tax (21)</u>

Fees:    $102.00              Total Hours:  0.3

This category includes time spent investigating the validity of certain priority tax claims asserted against the Debtors and discussions with the Debtors' counsel related to the same and with respect to the recovery of tax refunds.

R.    <u>Fee Applications (22)</u>

Fees:    $24,542.00          Total Hours:  64.6

This category includes time related to the fee applications of all professionals.  It includes time spent reviewing the Professional Compensation Order, as well as time preparing Arent Fox's monthly fee statements, interim fee applications, and this Application.  It also includes time spent reviewing, and distributing to the Committee, the fee statements of other professionals filed in these cases.

S.    <u>Creditor Information Sharing and 1102 Services (24)</u>

Fees:    $3,314.00           Total Hours:  8.4

This category includes time spent with respect to the preparation of a motion for an order, pursuant to Sections 105(a), 1102(b)(3)(A), and 1003(c) of the Bankruptcy Code, clarifying the requirement to provide access to information for constituent creditors and setting and fixing creditor information sharing procedures and protocols, and related negotiations with the UST.

## <u>Legal Standard</u>

11.    Arent Fox respectfully submits that all of the services rendered, as discussed above, and the fees requested herein are reasonable, necessary and substantially beneficial to the

-17-

Debtors' estates within the meaning of 11 U.S.C. §330(a) and the criteria set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America,* 544 F.2d 1291 (5th Cir. 1977).

12. <u>The Time and Labor Required</u>.  Arent Fox professionals have devoted 1856.3 hours of time in the representation of the Committee during the period covered by this Application.  The services rendered were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the tasks and factual and legal issues which have arisen with respect to these cases.  The foregoing summary, together with the exhibits attached hereto, details the time, nature, and extent of the professional services provided by Arent Fox to the Committee.  Arent Fox has dealt with various legal issues which have arisen during the Compensation Period.  Consistently, Arent Fox obtained beneficial results which preserved and obtained value for these estates.

13. <u>The Novelty and Difficulty of the Questions Presented</u>.  Many of the legal issues arising in the representation of the Committee were novel and complex matters heavily negotiated with all, the Debtors, CIBC, SEC, and UST, and required detailed review of sophisticated documents and correspondence, as well as the skilled application of knowledge of bankruptcy and other commercial law.

14. <u>The Skill Requisite to Perform Legal Services Properly</u>.  In order to properly perform the services rendered to the Committee, Arent Fox was required to draw upon substantial legal knowledge in a variety of areas of law, including corporate law, government contracts, litigation, employment law, tax law, directors & officers' litigation, and bankruptcy law.  In circumstances where the expertise and judgment of an attorney were not required, responsibilities were designated to paralegals and secretaries.

-18-

15.    <u>Preclusion from Other Employment by Attorney Due to Acceptance of Case</u>.
Arent Fox is aware of no other specific employment which was precluded as a result of its
accepting representation of the Committee in these cases, but had Arent Fox not accepted this
employment, time spent in these cases would have been spent on other matters in which, in most
instances, monthly billing statements would have been paid in full on a timely basis.

16.    <u>The Customary Fee</u>.  The rates charged by the participating attorneys and
paralegals are well within the range charged by professionals of similar skill and reputation.
Arent Fox submits that the overall blended billable rate of $421.95 per hour for the professionals
who rendered services during the period covered by this Application compares favorably with
the rates customarily charged for similar services. **Arent Fox voluntarily wrote off time valued
at $47,192.50 during the Compensation Period.**

17.    <u>Whether the Fee is Fixed or Contingent</u>.  Arent Fox's compensation in this matter
is subject to approval of the Court, and also the resources of the bankruptcy estates, and therefore
contingent.  The Court should consider this factor, which weighs in favor of a fee award in the
amount requested.

18.    <u>Time Limitations Imposed by the Client or Other Circumstances</u>.  The
circumstances of these cases imposed serious time restraints on Arent Fox due to the necessity
for Arent Fox to get up to speed on various matters pending in these cases immediately after the
Committee's appointment and Arent Fox's retention.  At times, a quick resolution of, and serious
negotiation on, a variety of issues was required, including matters involving the sale of the
Debtors' assets, the complaint filed by CIBC, and the Committee's plan of liquidation.

19.     The Undesirability of the Case.  Arent Fox does not generally find it undesirable to represent the Committee in these cases.  Arent Fox is, indeed, privileged to appear before the Court in these cases and to represent the interests of the Committee and its constituents.

20.     Nature and Length of Professional Relationship with Client.  Because the Committee is a statutorily created entity, and appointed for the purposes of these cases, Arent Fox had no prior relationship with the Committee.  Arent Fox has various connections to certain unsecured creditors, wholly unrelated to these cases, which were outlined in detail in Arent Fox's retention documents previously filed with this Court.

21.     Awards in Similar Cases.  The amount requested by Arent Fox in these cases is reasonable in terms of awards in cases of similar complexity and size.  Considering the results obtained and the complexity and number of issues addressed during the period this Application covers, the award is appropriate and fair.

22.     Arent Fox has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Arent Fox and any other person other than the partners of Arent Fox for the sharing of compensation to be received for services rendered in these cases.

23.     Arent Fox also requests estimated fees of $70,000.00 and expenses of $2,500 in addition to those requested during the Compensation Period for the period of February 1, 2011 through the Effective Date of the Plan and shall file a Supplemental Final Fee Application for such amounts.

WHEREFORE, Arent Fox respectfully requests the Court to enter an order (i) granting this Application; (b) allowing and awarding on a final basis compensation in the amount of

NYC/566148.2

$783,269.50 as compensation for services rendered and $9,852.41 as reimbursement for actual

and necessary expenses incurred during the period from January 28, 2010 to January 31, 2011;

(c) authorizing and directing the Debtors to pay the sum of $793,121.91, less amounts already

received pursuant to the Professional Compensation Order; (d) authorizing Arent Fox to request

additional fees and expenses in a Supplemental Final Fee Application; and (e) granting such

other and further relief as this Court deems just and appropriate.

Dated:    New York, New York
          February 8, 2011

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
PROTECTIVE PRODUCTS OF AMERICA,
INC., *et al*.

Co-Counsel for the Official Committee of
    Unsecured Creditors

ARENT FOX LLP
1675 Broadway
New York, NY 10019
Telephone:  (212) 484-3900
Facsimile:  (212) 484-3990
George P. Angelich (*pro hac vice*)
angelich.george@arentfox.com

and

Co-Counsel for the Official Committee of
    Unsecured Creditors

GENOVESE JOBLOVE & BATTISTA, P.A.
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
        /s/ Glenn D. Moses
        Glen D. Moses
        gmoses@gjb-law.com

-21-

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was sent via electronic

mail and/or first-class, U.S. Mail this 8th day of February, 2011 to all parties on the attached
service list.

/s/    Glenn D. Moses
Glenn D. Moses

## Service List

*Debtors*
PPOA HOLDING, INC., et al
c/o Ahearn Jasco & Company, P.A.
Attn. Frank E. Jaumot, CPA
190 Southeast 19th Avenue
Pompano Beach, Florida 33060.

*Counsel for the Debtors*
Jordi Guso, Esq.
Debi Galler, Esq.
Berger Singerman, P.A.
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131-5340

*U.S. Trustee*
Office of the United State Trustee
51 SW 1st Avenue
Miami, FL 33130
Attn: Ariel Rodriguez, Esq.

-22-

## Exhibit A

Summary of Professional and Paraprofessional Time for the period January 28, 2010 through January 31, 2011:

| Timekeeper | Position and Year Licensed | Hours Worked | Hourly Rate | Fees Earned |
|---|---|---|---|---|
| Andrew I. Silfen | Partner<br>NJ – 1986<br>NY – 1987 | 6.9 | $810 | $5,589.00 |
| Sanford Hausner | Partner<br>NY, NJ, TX – 1986 | 15.7 | $745 | $11,696.50 |
| Schuyler G. Carroll | Partner<br>NY - 1993 | 44.6 | $730 | $32,558.00 |
| Alan S. Dubin | Partner<br>MD – 1976<br>DC – 1977 | 0.4 | $665 | $266.00 |
| Joseph Reiser | Partner<br>DC – 1976<br>PA – 1994 | 3.2 | $650 | $2,080.00 |
| Carol Connor Cohen | Partner<br>OH – 1977<br>DC - 1981 | 0.6 | $630 | $378.00 |
| Nancy Heermans | Partner<br>DC – 1997 | 100.5 | $620 | $62,310.00 |
| George P. Angelich | Partner<br>PA – 2000<br>DC - 2003<br>NY - 2005 | 513.5 | $530 | $272,155.00 |
| George P. Angelich | | 8.2 | $550 | $4,510 |
| Andrew Udin | Associate<br>NJ – 2002<br>NY – 2003<br>DC - 2004 | 57.0 | $510 | $29,070.00 |
| Jeffrey N. Rothleder | Associate (Elevated to Partner in 2011)<br>MD – 2002<br>DC - 2005 | 1.5 | $485 | 727.50 |
| Katie A. Lane | Associate<br>FL - 2002<br>DC - 2007 | 1.2 | $485 | $582.00 |
| Andrea Campbell | Associate<br>FL – 2008<br>DC, VA - 2009 | 422.8 | $340 | $143,752.00 |

| Timekeeper | Position and Year Licensed | Hours Worked | Hourly Rate | Fees Earned |
|---|---|---|---|---|
| Andrea Campbell | | 7.8 | $375 | $2,925.00 |
| George Utlik | Associate NY, NJ - 2008 | 644.5 | $320 | $206,240.00 |
| George Utlik | | 10.5 | $355 | $3,727.50 |
| Lisa Indelicato | Bankruptcy Specialist 19 Years Experience | 9.8 | $270 | $2,646.00 |
| Nova Constantino | Senior Paralegal 17 Years Experience | 3.0 | $265 | $795.00 |
| Miriam McKibbon | Senior Paralegal 23 Years Experience | 4.2 | $260 | $1,092.00 |
| **Totals:** | | **1856.3** | | **$783,269.50** |

The blended hourly rate for all services during the Statement Period is $421.95 per hour.[1]

---

[1]   The blended hourly billing rate per hour is derived by dividing the total fees of $783,269.50 by the total hours of 1856.3.

GENBUS/788779.1

**Exhibit B**

Summary of Professional Time by Activity Code for the period January 28, 2010 through
January 31, 2011:

Matter No. 01 – Petition, Schedules, First Day Orders

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Andrea Campbell | Associate | $340 | 3.5 | $1,190.00 |
| George Utlik | Associate | $320 | 3.7 | $1,184.00 |
| Matter Totals | | | 7.2 | $2,374.00 |

Matter No. 02 – Case Management and Operating Reports

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| George Angelich | Partner | $530 | 1.6 | $848.00 |
| George Angelich | Partner | $550 | 0.1 | $55.00 |
| Andrea Campbell | Associate | $340 | 10.7 | $3,638.00 |
| George Utlik | Associate | $320 | 0.5 | $160.00 |
| Nova Constantino | Paralegal | $265 | 1.5 | $397.50 |
| Matter Totals | | | 14.4 | $5,098.50 |

Matter No. 3 – Corporate and Business Matters

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| George Angelich | Partner | $530 | 4.2 | $2,226.00 |
| George Utlik | Associate | $320 | 1.6 | $512.00 |
| Miriam McKibbon | Paralegal | $260 | 0.3 | $78.00 |
| Matter Totals | | | 6.1 | $2,816.00 |

Matter No. 4 – Sale and Disposition of Assets

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Andrew Silfen | Partner | $810 | 1.2 | $972.00 |
| Sanford Hausner | Parnter | $745 | 15.7 | $11,696.50 |
| Schuyler Carroll | Partner | $730 | 11.2 | $8,176.00 |

GENBUS/788779.1

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| George Angelich | Partner | $530 | 81.2 | $43,036.00 |
| Andrea Campbell | Associate | $340 | 47.9 | $16,286.00 |
| George Utlik | Associate | $320 | 21.6 | $6,912.00 |
| Matter Totals | | | 178.8 | $87,078.50 |

Matter 05 – Asset Analysis and Recovery

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Nancy Heermans | Partner | $620 | 1.3 | $806.00 |
| George Utlik | Associate | $320 | 20.4 | $6,528.00 |
| Matter Totals | | | 21.7 | $7,334.00 |

Matter No. 06 – Claims Administration and Objections

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Schuyler Carroll | Partner | $730 | 2.5 | $1,825.00 |
| George Angelich | Partner | $530 | 5.5 | $2,915.00 |
| Andrea Campbell | Associate | $340 | 2.0 | $680.00 |
| George Utlik | Associate | $320 | 5.4 | $1,728.00 |
| George Utlik | Associate | $355 | 0.8 | $284.00 |
| Matter Totals | | | 16.2 | $7,432.00 |

Matter No. 07 – Miscellaneous Motions and Objections

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Schuyler Carroll | Partner | $730 | 4.6 | $3,358.00 |
| George Angelich | Partner | $530 | 30.7 | $16,271.00 |
| George Angelich | Partner | $550 | 2.8 | $1,540.00 |
| Andrea Campbell | Associate | $340 | 2.7 | $918.00 |
| George Utlik | Associate | $320 | 4.3 | $1,376.00 |
| George Utlik | Associate | $355 | 6.1 | $2,165.50 |
| Matter Totals | | | 51.2 | $25,628.50 |

Matter No. 08 – Committee and Debtor Communications, Conference Calls and Meetings

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| George Angelich | Partner | $530 | 6.3 | $3,339.00 |
| Andrea Campbell | Associate | $340 | 6.7 | $2,278.00 |
| George Utlik | Associate | $320 | 2.4 | $768.00 |
| Matter Totals | | | 15.4 | $6,385.00 |

Matter No. 09 – Adversary Proceedings

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| George Angelich | Partner | $550 | 0.3 | $165.00 |
| Andrea Campbell | Associate | $340 | 0.8 | $284.00 |
| George Utlik | Associate | $320 | 53.6 | $17,152.00 |
| George Utlik | Associate | $355 | 0.8 | $284.00 |
| Matter Totals | | | 66.7 | $21,681.00 |

Matter No.10 – Professional Retention

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Schuyler Carroll | Partner | $730 | 0.6 | $438.00 |
| George Angelich | Partner | $530 | 15.5 | $8,215.00 |
| Andrea Campbell | Associate | $340 | 49.4 | $16,796.00 |
| George Utlik | Associate | $320 | 2.3 | $736.00 |
| Lisa Indelicato | Paralegal | $270 | 3.2 | $864.00 |
| Nova Constantino | Paralegal | $265 | 0.6 | $159.00 |
| Matter Totals | | | 71.6 | $27,208.00 |

Matter No. 11 – Plan and Disclosure Statement Matters and Soliciation

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Andrew Silfen | Partner | $810 | 5.7 | $4,617.00 |
| Schuyler Carroll | Partner | $730 | 8.4 | $6,132.00 |

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Joseph Reiser | Partner | $650 | 3.2 | $2,080.00 |
| George Angelich | Partner | $530 | 121.3 | $64,289.00 |
| George Angelich | Partner | $550 | 2.0 | $1,100.00 |
| Jeff Rothleder | Associate | $485 | 1.5 | $727.50 |
| Katie Lane | Associate | $485 | 1.2 | $582.00 |
| Andrea Campbell | Associate | $340 | 79.4 | $26,996.00 |
| George Utlik | Associate | $320 | 364.5 | $116,640.00 |
| George Utlik | Associate | $355 | 2.2 | $781.00 |
| Lisa Indelicato | Paralegal | $270 | 4.1 | $1,107.00 |
| Matter Totals | | | 593.5 | $225,051.50 |

Matter No. 12 – Cash Collateral and DIP Financing

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Schuyler Carroll | Partner | $730 | 2.4 | $1,752.00 |
| George Angelich | Partner | $530 | 73.6 | $39,008.00 |
| Andrea Campbell | Associate | $340 | 19.4 | $6,596.00 |
| George Utlik | Associate | $320 | 33.4 | $10,688.00 |
| Lisa Indelicato | Paralegal | $270 | 0.9 | $243.00 |
| Matter Totals | | | 129.7 | $52,287.00 |

Matter No. 14 – Real Estate and Leasing and Executory Contracts

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| George Angelich | Partner | $530 | 0.4 | $212.00 |
| Andrea Campbell | Associate | $340 | 3.0 | $1,020.00 |
| Matter Totals | | | 3.4 | $1,232.00 |

Matter No. 15 – Creditor Inquires

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Schuyler Carroll | Partner | $730 | 0.3 | $219.00 |

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Matter Totals | | | 0.3 | $219.00 |

Matter No. 17 – Investigation of Secured Creditor, Equipment Lessors and Lienholders

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Schuyler Carroll | Partner | $730 | 12.1 | $8,833.00 |
| Alan Dubin | Partner | $665 | 0.4 | $266.00 |
| Carol Connor Cohen | Partner | $630 | 0.6 | $378.00 |
| Nancy Heermans | Partner | $620 | 81.3 | $50,406.00 |
| George Angelich | Partner | $530 | 71.0 | $37,630.00 |
| Andrew Udin | Associate | $510 | 55.2 | $28,152.00 |
| Andrea Campbell | Associate | $340 | 56.1 | $19,074.00 |
| George Utlik | Associate | $320 | 96.4 | $30,848.00 |
| Miriam McKibbon | Paralegal | $260 | 3.9 | $1,014.00 |
| Matter Totals | | | 377.0 | $176,601.00 |

Matter No. 19 – Chapter 5 Litigation, Collection, and Investigation

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Nancy Heermans | Partner | $620 | 8.4 | $5,208.00 |
| George Angelich | Partner | $530 | 4.0 | $2,120.00 |
| Andrea Campbell | Associate | $340 | 28.1 | $9,554.00 |
| George Utlik | Associate | $320 | 3.3 | $1,056.00 |
| Matter Totals | | | 43.8 | $17,938.00 |

Matter No. 21 - Tax

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Andrea Campbell | Associate | $340 | 0.3 | $102.00 |
| Matter Totals | | | 0.3 | $102.00 |

GENBUS/788779.1

Matter No. 22 – Fee Applications

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Schuyler Carroll | Partner | $730 | 0.7 | $511.00 |
| George Angelich | Partner | $530 | 10.0 | $5,300.00 |
| George Angelich | Partner | $550 | 1.5 | $825.00 |
| David Kozlowski | Associate | $425 | 0.4 | $170.00 |
| Andrea Campbell | Associate | $340 | 42.3 | $14,382.00 |
| Andrea Campbell | Associate | $375 | 6.9 | $2,587.50 |
| George Utlik | Associate | $320 | 0.3 | $96.00 |
| Lisa Indelicato | Paralegal | $270 | 1.6 | $432.00 |
| Nova Constantino | Paralegal | $265 | 0.9 | $238.50 |
| Matter Totals | | | 64.6 | $24,542.00 |

Matter No. 24 – Creditor Information Sharing and 1102 Services

| Timekeeper | Position | Hourly Rate | Hours Worked | Fees Earned |
|---|---|---|---|---|
| Schuyler Carroll | Partner | $730 | 0.2 | $146.00 |
| George Angelich | Partner | $530 | 2.2 | $1,166.00 |
| Andrea Campbell | Associate | $340 | 4.1 | $1,394.00 |
| George Utlik | Associate | $320 | 1.9 | $608.00 |
| Matter Totals | | | 8.4 | $3,314.00 |

**E**XHIBIT **C**

| DISBURSEMENTS SUMMARY | |
|---|---|
| Duplicating | $1484.40 |
| Documents Imaging | $40.05 |
| Phone | $654.64 |
| Database Search | $66.56 |
| Taxicabs | $2,157.77 |
| Overtime Meals | $258.12 |
| Secretarial Overtime | $30.00 |
| Postage | $8.82 |
| Telecopier | $33.00 |
| Out of Town Transportation | $2,017.40 |
| Out of Town Lodging | $1,514.04 |
| Out of Town Meals | $309.61 |
| Professional Services | $1,278.00 |
| | |
| **Disbursements Total** | **$9,852.41** |

C-1