UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 10-10711-BKC-JKO
                                                          Chapter 11 Cases
PPOA HOLDING, INC., et al.,[1]                            (Jointly Administered)

                   Debtors.
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

      **PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appear as counsel for **Frank E. Jaumot, individually and as Chief Restructuring Officer,** a creditor or otherwise a party in interest in the within bankruptcy case.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court, the undersigned hereby request that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the following at the office, facsimile number, and electronic mail address as follows:

MESSANA STERN, P.A.
Thomas M. Messana, Esquire
Attorneys for Frank E. Jaumot, individually and as Chief Restructuring Officer
401 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone:  (954) 712-7400
Facsimile:   (954) 712-7401
tmessana@mws-law.com

---

[1] The name and last four digits of the taxpayer identification number for each of the Debtors follows in parenthesis: (i) PPOA Holding, Inc. f/k/a Protective Products of America, Inc. (9709); (ii) CPC Holding Corporation of America (8086); (iii) CP Corporation of America, Inc. f/k/a Ceramic Protection Corporation of America (7305); (iv) PPI International Corp. f/k/a Protective Products International Corp. (7373); and (v) PPNC, LLC f/k/a Protective Products of North Carolina, LLC (0927). The address for the Debtors is c/o Ahearn Jasco & Company, P.A., Attn. Frank E. Jaumot, CPA, 190 Southeast 19th Avenue, Pompano Beach, Florida 33060.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect any rights or interests of a party in interest with respect to the above captioned Debtor or any property or proceeds in which the Debtor may claim an interest.  Please add the foregoing to such mailing matrix as may be used for all purposes in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of papers, or any subsequent appearance, pleadings, claim or suit, shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in this case; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted this 9th day of March 2011.

Messana Stern, P.A.
Counsel for Frank E. Jaumot, individually and
As Chief Restructuring Officer
401 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone:  (954) 712-7400
Facsimile:   (954) 712-7401

/s/ Thomas M. Messana
Thomas M. Messana
Florida Bar No. 991422