UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF FLORIDA (FORT LAUDERDALE)

In Re:

PROTECTIVE PRODUCTS OF
AMERICA, INC.

                                                Case No. 10-10711-JKO
                                                Chapter 11

_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

Notice is given that:

( )    The trustee has a balance of $_____ remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§726, 1226 or 1326 in a case under chapter 7, 12 or 13. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )    The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010; or

(X)    The disbursing agent in a chapter 11 liquidating plan has $ 40,248.31 in funds unclaimed 120 calendar days after the final distribution under the plan. The disbursing agent has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

April 19, 2019

                                                  Kenneth A. Welt, Trustee
                                                8201 Peters Rd., Ste. 1000
                                                Plantation, FL  33324
                                                Phone (954) 368-6682

| Name | Claim # | Address 1 | Address 2 | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|
| Dr. Jeff Djafar | AASSo35 | Chemin Vuilonnex 24 | Configron 122 | | Switzerland | | 14,096.25 |
| Brown of Atlanta, Inc | 0AAA0021 | 55 Water St. | Attn: Amy Brown | New York | NY | 10041 | 17,996.76 |
| Global Armour SA | DDD5292 | PO Box 10605 | | Ashwood | KZ | South Africa | |